
Berkshire Hathaway
Specialty Insurance

Date:   **January 19, 2018**

To:     **Luke Fleming**
        **All Risks, Ltd.**
        **615 Crescent Executive Ct Suite 432**
        **Lake Mary, FL 32746**

Re:     **1031 Canal Owner, LLC**
        **42-PBR-304657-01**
        **Policy Period: 12/22/17 – 6/22/19**

Dear Luke:

Attached please find the Final Policy for 1013 Canal Owner, LLC.

Thank you for placing your business with Berkshire Hathaway Specialty Insurance.  We value our relationship with All Risks and look forward to working with you on future accounts.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Michael Reich
917.960.2455
Michael.Reich@bhspecialty.com

**EXHIBIT A**



# Claims Reporting

**All claims under policies underwritten by Berkshire Hathaway Specialty Insurance should be reported to our centralized Loss Processing Center. Claims will be assigned to our technical staff or to one of our preferred service providers.**

## FOR EMERGENCY CONTACT

Our 24-hour toll free number:  **855.453.9675**

## FOR NON-EMERGENCY

Claims may be reported via email to: **claimsnotice@bhspecialty.com**

Claims may also be reported via fax to: **617.507.8259**

Claims may also be reported via mail; visit BHSI's Claims tab on the web for our mailing address:
**www.bhspecialty.com/claims-reporting.html**

### EXPECT A PERSONAL APPROACH

While technology adds speed and efficiencies, it is top-quality people that drive top-quality claims handling. That's why we continue to grow our industry-leading claims team with the most experienced claims professionals in the business.

Moreover, at Berkshire Hathaway Specialty Insurance, our claims team makes communicating proactively with you throughout the claims process a priority.  Should you face a claim, you will quickly see our response is not about drafting letters, it's about having a dialogue—and responding to your particular needs and concerns.

Whether you face a D&O claim, a property loss, a large scale casualty crisis, or allegations of healthcare professional negligence, you will have the experts you need at your service. Putting your policy to work for you.

Berkshire Hathaway
Specialty Insurance

# NATIONAL FIRE & MARINE INSURANCE COMPANY

1314 Douglas Street, Suite 1400
Omaha, NE 68102-1944

## Builders Risk

### Common Policy Declarations

This Declarations Page is attached to and forms part of the Policy

| Policy No.: 42-PBR-304657-01 | Renewal of: NEW |
|---|---|

**NAMED INSURED:** 1031 Canal Owner, LLC

**MAILING ADDRESS:** 3535 N Causeway Blvd, Suite 1040
Metairie, LA 70002

**POLICY PERIOD:** From: December 22, 2017 to June 22, 2019

Both days at 12:01 a.m. local standard time at the location of the **Insured Project**.

This policy is comprised of this Declarations page, the Supplemental Declarations, the policy form and endorsements, if any, attached at inception or during the Policy Period.  Nothing is to be inferred, and no coverage, rights or obligations are provided or imposed, regarding any endorsements listed in the Supplemental Declarations that are not checked off or otherwise not issued for this policy.

Service of Suit may be made upon: Counsel, Legal Department, National Fire & Marine Insurance Company, 1314 Douglas Street, Suite 1400, Omaha, NE 68102-1944

In the event of a claim, please notify the following:

**By 24-hour toll free number:** 855-453-9675
**By Email:** claimsnotice@bhspecialty.com
**By Fax:** 617-507-8259
**By Mail:** Log on to www.bhspecialty.com/claims-reporting.html
for mailing address

**Signatures:**

**Mike Gottschalk, Secretary**

**Donald Wurster, President**

*1/19/2018*



**NATIONAL FIRE & MARINE INSURANCE COMPANY**

1314 Douglas Street, Suite 1400

Omaha, NE 68102-1944

## Builders Risk Policy

### Supplemental Declarations

This Declarations Page is attached to and forms part of the policy

**Policy Number: 42-PBR-304657-01**

**Item 1.**      Named Insured:           1031 Canal Owner, LLC

Mailing Address:        3535 N Causeway Blvd, Suite 1040

Metairie, LA 70002

The first Named Insured listed above shall be deemed the sole and irrevocable agent of each and every **Insured** under this policy for the purpose of giving or receiving any notices to/from the Company, giving instructions to or agreeing with the Company for alterations of this policy and making or receiving payments of premiums or adjustments of premium.

**Item 2a.**      Additional Insureds:

To the extent required by any written contract or subcontract for the **Insured Project** and then only as their respective interests may appear, all owners, all contractors and subcontractors of every tier of the **Insured Project**, and any other individual or entity specified in such written contract or subcontract, are recognized as Additional Insureds hereunder. However as respects architects, engineers, manufacturers and suppliers of every tier, the foregoing is limited to their site activities at the **Insured Project** only.

As used in this policy, **Insured** means all Named Insureds listed in **Item 1.** above, and any Additional Insureds as provided in this **Item 2a.**

**Item 2b.**      Mortgagee

ACORE CAPITAL MORTGAGE, LP, a Delaware limited partnership,

as Administrative Agent for the Lenders

80 E. Sir Francis Drake Blvd., Suite 2A

Larkspur, California 94939



**Berkshire Hathaway Specialty Insurance**

**Item 3.**          **Insured Project**

    **A.**  Project Name:            1031 Canal St

    **B.**  Location of Project:       1031 Canal St
New Orleans, LA 70112
(Approximate Latitude: 29.956 / Longitude: -90.072)

    **C.**  Project Description:      Construction of a 17 story, 631,000 sq ft, multi use building. Hard Rock Hotel on the first 14 floors, top 3 floors are condos. Concrete frame (post tension), concrete roof, pre-cast exterior. Some metal panels in facades.

    **D.**  Estimated **Total Contract Values:**

| | |
|---|---|
| $80,718,757 | Estimated Construction Contract Price |
| <u>$0</u> | <u>Owner Supplied Material not included above</u> |
| $80,718,757 | Estimated **Total Contract Value** |

    **E.**  Delay In Completion Values:

| | |
|---|---|
| $0 | Delay in Completion – Gross Earning |
| $0 | Delay in Completion – Loss of Rents |
| <u>$9,158,937</u> | <u>Delay in Completion – Soft Costs</u> |
| $9,158,937 | Total Delay in Completion Values |

    **F.**  **Total Insured Values:**

| | |
|---|---|
| $89,877,694 | **Total Insured Values** |

**Item 4.**          **Policy Period:**

    **A.**  Effective Date:           December 22, 2017

        Expiration Date:          June 22, 2019
both at 12:01 A.M. standard time at the location of the **Insured Project**

    **B.**  Liability under this policy will apply only for such periods commencing directly with work at the location of the **Insured Project** and ending upon the earliest of:

        **(1)**  The Expiration Date;

        **(2)**  Final acceptance by the project owner;

        **(3)**  Any abandonment of the project;

        **(4)**  When coverage is cancelled;

        **(5)**  The expiry of the Named Insured's interest; or



**(6)** When the **Insured Project** or any part of it is placed into commercial service for its intended purpose except under the Permission To Occupy extension provided below.

Permission to Occupy

The Named Insured may occupy the **Insured Project** for the originally intended purpose, without the Company's written consent, prior to or after completion of the **Insured Project** but prior to final acceptance by the owner subject to the following conditions:

**(a)** All fire protection, security devices and other protective devices and systems shall be installed, tested, activated, certified by the local authorities having jurisdiction, and in continuous service throughout the period of occupancy;

**(b)** The first Named Insured shall immediately report any material increase in hazard to the Company; and

**(c)** Delay in Completion coverage shall not apply to areas or parts of the **Insured Project** placed into commercial service or occupied for its originally intended purpose, whether continuous or intermittent.

**C.** The Policy Period includes a **Hot Testing Period** not to exceed 0 consecutive *days.*

**D.** Extension of Policy Period: Subject to a written request from the first Named Insured prior to expiration of coverage and written agreement by the Company, the **Policy Period** may be extended for up to 30 *days*, exclusive of any **Hot Testing Period** or **Hot Testing** coverage, at pro rata additional premium, subject to no risk aggravating circumstances at the time of the extension request.

Any extensions beyond this period and all extensions of the **Hot Testing Period** are subject to payment of an additional premium at rates and terms to be developed by the Company at the time of the Company's written agreement to such extension.

**Item 5.**        Company Participation

$64,877,694 being 71.184% of the layer limit: $89,877,694 excess of Deductibles per **Occurrence**

The Company shall not be liable for more than its proportionate share of the layer limit shown above in any one **Occurrence**.  The Company's liability is further limited by its proportionate share of the Sublimits of Insurance and Aggregate Sublimits of Insurance set forth in **Items 6. B and C**. or endorsed hereon.

**Item 6.**        Limits of Insurance

A.  Policy Limit: $89,877,694 per **Occurrence**

The Policy Limit is a combined single limit for all coverages in any one **Occurrence** subject to the Sublimits of Insurance and Aggregate Limits of Insurance set forth below or endorsed hereon.  All Sublimits of Insurance and Aggregate Limits of Insurance shall be part of, and not in addition to, the Policy Limit.


Berkshire Hathaway
Specialty Insurance

B.   Sublimits of Insurance:

The Company shall not be liable for more than the following Sublimits of Insurance in any one **Occurrence**. These Sublimits shall be a part of the Limits of Liability and the Aggregate Limits of Insurance and not in addition thereto. The specified limits of insurance contained in the forms, endorsements and extensions attached, if any, are per **Occurrence** unless otherwise indicated. Should a sublimit be a percentage, that sublimit will be calculated as a percentage of the amount of direct physical loss or damage to the **Covered Property.**

<u>(No such insurance is provided when a sublimit lists a zero, states "No Coverage" or is blank)</u>

| | |
|---|---|
| $80,718,757 per **Occurrence** | Direct physical loss or damage to **Covered Property** at Location of the **Insured Project** |
| $0 per **Occurrence** / Term Aggregate<br>Refer to Endorsement | Delay in Completion  - Gross Earnings<br>(0 months Period of Indemnity) |
| $0 per **Occurrence** / Term Aggregate<br>Refer to Endorsement | Delay in Completion  - Loss of Rents<br>(0 months Period of Indemnity) |
| $9,158,937 per **Occurrence** / Term Aggregate<br>Refer to Endorsement for Schedule and Sublimits | Delay in Completion  - Soft Costs<br>(12 months Period of Indemnity) |
| $100,000 per **Occurrence** | Architects and Engineers Fees |
| $5,000,000 per **Occurrence**, or<br>25% of the insured direct physical loss or damage<br>        amount to **Covered Property** per **Occurrence**,<br>        whichever is less. | Debris Removal |
| $89,877,694 per **Occurrence** | Demolition, Operation of Building Laws and Increased Cost of Construction –<br>Coverage A |
| $5,000,000 per **Occurrence** | Demolition, Operation of Building Laws and Increased Cost of Construction –<br>Coverage B&C combined |
| $1,000,000 per **Occurrence**, or<br>15% of the insured direct physical loss or damage<br>        amount to **Covered Property** per **Occurrence**,<br>        whichever is less. | Contractor's Extra Expense |
| $1,000,000 per **Occurrence**, or | Expediting Expense |


Berkshire Hathaway
Specialty Insurance

| 15% of the insured direct physical loss or damage amount to **Covered Property** per **Occurrence**, whichever is less. | |
|---|---|
| $100,000 per **Occurrence** | Fire Department Charges and Extinguishing Expenses |
| $5,000,000 per **Occurrence** | Inland Transit (Per conveyance) |
| $89,877,694 per **Occurrence** | Interior Water Intrusion |
| $100,000 per **Occurrence**, subject to a maximum of $5,000 per item | **Landscaping** |
| $100,000 per **Occurrence** | Loss Adjustment Expense |
| $5,000,000 per **Occurrence** | Offsite Storage (Per Location) |
| $100,000 per **Occurrence** | Protection of Property |
| $250,000 per **Occurrence** | **Valuable Papers and Records** |
| $89,877,694 per **Occurrence** | Cause of Loss: Windstorm Other Than **Named Windstorm** |
| $89,877,694 per **Occurrence** | Cause of Loss: **Named Windstorm** |

C.  Aggregate Limits of Insurance:

The maximum amount the Company will pay for loss or damage caused by or resulting from the following Causes of Loss or Extensions of Coverage in any one **Occurrence** and in the aggregate shall not exceed, for its proportionate share as stated in **Item 5,** the following Aggregate Limits of Insurance, unless otherwise limited by the Sublimits stated above.

(_No such insurance is provided when a sublimit lists a zero, states "No Coverage" or is blank_)

| $25,000,000 per **Occurrence** / Annual Aggregate | Cause of Loss: **Earth Movement** |
|---|---|
| $10,000,000 per **Occurrence** /  Annual Aggregate | Cause of Loss: **Flood** including Storm Surge |
| $100,000 per **Occurrence** /  Annual Aggregate | Cleanup of Contaminants and **Pollutants** |
| $100,000 per **Occurrence** /  Annual Aggregate | **Fungus** Remediation |
| $1,000,000 or 30 days, whichever is less per **Occurrence** / Term Aggregate | Civil Authority |



| | |
|---|---|
| $1,000,000 or 30 days, whichever is less per **Occurrence** / **Term Aggregate** | Ingress/Egress |

**Item 7.**          Deductibles

The Company will not pay for insured physical loss or damage to **Covered Property** in any one **Occurrence** until the amount of such insured physical loss or damage exceeds:

$25,000

except as respects any Covered Cause of Loss or Extensions of Coverage which has a specified Deductible amount shown for it below or endorsed to this policy, which specified Deductible amount shall then be the deductible, as applicable.  As respects any peril shown below, when a percentage (%) is entered, the percent is applied against the **Total Contract Values** at risk at the time of loss, regardless of the Limits of Insurance, subject to the dollar minimum shown.  When a percentage (%) is entered absent a corresponding minimum dollar amount, the percentage shall be applied without the minimum.  When a dollar amount is entered absent a corresponding percentage (%), then that dollar amount shall be deducted.

| | |
|---|---|
| $50,000 per **Occurrence** /          % | Cause of Loss: **Earth Movement** |
| $500,000 per **Occurrence** /          % | Cause of Loss: **Flood** other than Storm Surge |
| $250,000 per **Occurrence** / 3% | Cause of Loss: Storm Surge |
| $250,000 per **Occurrence** / 3% | Cause of Loss: **Named Windstorm** |
| $25,000 per **Occurrence** | Cause of Loss: Windstorm Other Than **Named Windstorm**. |
| $50,000 per **Occurrence** | **Water Damage** |
| SEE ENDORSEMENT each **Delay** | Delay in Completion |

In the event that more than one deductible shown above shall apply to insured physical loss or damage to **Covered Property** in any one **Occurrence**, only the largest applicable deductible shall apply.  As respects Delay In Completion coverage, the **Waiting Period** deductible will always be applied in addition to any deductible stated for insured physical loss or damage.



**Item 8.**      **Deposit Premium**

The term deposit premium under this section is an estimate of the total premium due for the term of this project, inclusive of all endorsements issued at inception, and will be adjusted upon project completion pursuant to **Item 9** of this Supplemental Declarations.

This policy shall be subject to a minimum and earned premium of **25%** of the term deposit premium and is payable within thirty (30) days of the inception date.

| Exposure | Coverage Period | Value | Term Rate | Deposit Premium |
|---|---|---|---|---|
| Property Damage | 18 Months | $80,718,757 | REDACTED | REDACTED |
| Delay in Completion | 18 Months | $9,158,937 | REDACTED | REDACTED |
| **Hot Testing** | 0 Days | $0 | REDACTED | REDA |
| | | | **Total Builders Risk Program Premium** | REDACTED |

| National Fire & Marine Insurance Company Share | Deposit Premium |
|---|---|
| Builders Risk Insurance | REDACTED |
| TRIPRA Premium<br>(a $0 indicates coverage is excluded) | REDA |
| Total Policy Premium | REDACTED |
| Minimum Earned Premium | REDACTED |

**Item 9.**      **Reporting/Adjustments**

**Reporting**

At the time of expiration, cancellation, or any extension of this policy, the first Named Insured shall report to the Company the final, actual, or revised estimated **Total Insured Values** of the **Insured Project** as of the date of expiry, cancellation, or extension, including, but not limited to, all change orders, wages, expenses, materials, supplies, equipment, machinery and other such charges that have or will become a part of the **Insured Project**.

**Premium Adjustments**

The final earned premium for this policy shall be calculated by applying the rates used for calculating the deposit premium to the final **Total Insured Values**, plus any applicable charges for the change in term or exposure.  If the final earned premium calculated should differ from the deposit premium then the difference shall be payable to the first Named Insured or the Company, subject to any minimum earned premium.  Early completion of the **Insured Project** shall not warrant any return premium.



**Item 10.**        **Policy Form and Endorsements attached hereto:**

☒ Builders Risk Common Policy Declarations:
☒ Builders Risk Policy Supplemental Declarations:
☒ Builders Risk Policy Form:
☒ Violation of US Laws or Sanctions Endorsement:
☒ War Risk and Terrorism Exclusion Endorsement:
☒ Delay in Completion Endorsement
☒ Civil Authority & Ingress/Egress Endorsement


Berkshire Hathaway
Specialty Insurance

# Builders Risk Policy

Words and phrases that appear in bold face type are defined in SECTION IV – DEFINITIONS.

**SECTION I  -  PROPERTY COVERAGE**

1. **INSURING CLAUSE**

   This policy, subject to the terms, exclusions, limitations and conditions contained herein or endorsed hereto, insures against risks of direct physical loss or damage during the Policy Period to **Covered Property** within the Policy Territory from perils not otherwise excluded:

   A.  At the **Insured Project**:

   (1)  Permanent Works – All materials, supplies, equipment, machinery, and other such property, that are to be used in or incidental to the permanent fabrication, assembly, installation, erection, construction, alteration, renovation or rehabilitation of the **Insured Project**, provided that:

   (a)  It is property of the **Insured**, or property of others for which the **Insured** is contractually responsible to insure; and

   (b)  The value of that reported property has been included in the **Total Contract Values** of the **Insured Project**; and

   (2)  Temporary Works – All temporary scaffolding, form work, fences, shoring, hoarding, falsework, and temporary buildings that are incidental to the **Insured Project**, provided that the value of that reported property has been included in **Total Contract Values** of the **Insured Project**; or

   B.  To the extent of the coverage provided in Paragraph 2. EXTENSIONS OF COVERAGE of this Section:

   (1)  Offsite Storage; or

   (2)  Inland Transit;

   for the **Insured**'s insurable interest in that **Covered Property**.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



2.   **EXTENSIONS OF COVERAGE**

In the event of direct physical loss or damage to **Covered Property** insured herein, this policy is extended to provide the following Extensions of Coverage subject to the Sublimits shown for each in the Supplemental Declarations.  Each of these Extensions of Coverage only applies if in the Supplemental Declarations a Sublimit dollar value is shown for it, and in the case of **Hot Testing**, if a **Hot Testing Period** is shown.  No coverage is provided, however, when its respective Sublimit or **Hot Testing Period** is zero, or is blank, or otherwise contains words indicating "no coverage."

**A.**   Architects and Engineers Fees

In the event of covered direct physical loss or damage to **Covered Property** at the **Insured Project**, this policy is extended to insure the necessary and reasonable compensation for architect's and engineer's services and expenses incurred by the **Insured** in connection with the repair or replacement of such **Covered Property**, but excluding any relating to improvements or betterments to the **Insured Project**.

This extension of coverage shall not apply to and shall not modify, amend or alter the Delay in Completion Architect and Engineers Fees Coverage when endorsed to this policy.

**B.**   Debris Removal

This policy is extended to insure the reasonable and necessary costs incurred to cleanup and remove debris from the **Insured Project** that remains as a direct result of direct physical loss or damage insured by this policy.

This Extension of Coverage, however, does not insure any expense to:

**(1)**   Extract contaminants or **Pollutants** from any property, land, water or debris;

**(2)**   Transport, remove, restore or replace property, land, water or debris as a result of any contaminants or **Pollutants**;

**(3)**   Remove or transport any property, land, water or debris to a site for storage or decontamination required because the property, land, water or debris is affected by contaminants or **Pollutants**, whether or not such removal, transport or decontamination is required by law or regulation; or

**(4)**   Test, monitor, evaluate or assess any actual, alleged, potential or threatened spill, discharge, emission, dispersal, seepage, leakage, migration, release or escape of contaminants or **Pollutants**

whether or not the contaminants or **Pollutants** result from any insured loss or damage.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



It is a condition precedent to recovery under this extension that the Company agrees to pay for such direct physical loss or damage (unless payment is precluded solely by application of a deductible), and that the **Insured** shall give written notice to the Company of intent to claim such cost not later than 180 days after the date of such direct physical damage.

**C.**   Demolition, Operation of Buildings Laws and Increase Cost of Construction

In the event of direct physical loss or damage insured by this policy that causes the enforcement of any law or ordinance regulating the construction, repair, use, or occupancy of the **Covered Property** at the **Insured Project** that has suffered such direct physical loss or damage, this policy is extended to insure:

**(1)**   The loss in value, immediately prior to the loss, of the undamaged portion of the covered real property if it is required to be demolished by the enforcement of such law or ordinance;

**(2)**   The cost of demolishing the undamaged covered real property that must be demolished, including the cost of clearing its debris from the site; and

**(3)**   The increased cost of repair or reconstruction of the damaged and undamaged covered real property at the **Insured Project**, limited to the cost that would have been incurred in order to comply with the minimum requirements of such law or ordinance regulating the repair or reconstruction at the **Insured Project** on the date of such covered direct physical loss or damage.  However, the Company shall not be liable for any such increased cost of construction unless the damaged and undamaged real property is actually rebuilt or replaced within two (2) years after the date of physical damage.

This extension, however, does not cover any costs incurred as a result of enforcement of any laws or ordinances regulating any form of contaminants or **Pollutants**, nor does this Extension of Coverage insure costs to comply with any law or ordinance if such compliance was required prior to the covered damage.

**D.**   Expediting Expense

This policy is extended to insure the additional reasonable and necessary costs and expenses incurred to pay for the temporary repair of insured damage to **Covered Property**, and for the additional cost to expedite the permanent repair or replacement of such damaged property.

This Extension of Coverage, however, does not insure any costs or expenses:

**(1)**   That are otherwise recoverable as provided elsewhere in this policy; or

**(2)**   For the permanent repair or replacement of such damaged **Covered Property**.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



**E.**   Contractor's Extra Expense

This policy is extended to insure the reasonable and necessary extra expense incurred by the **Insured** for the purpose of continuing, as nearly as practicable, the scheduled progress of undamaged work, but only when such scheduled progress is impaired by direct physical loss or damage that is insured by this policy, and provided further that the direct physical loss or damage exceeds the deductible applicable to that loss or damage.

As used in this Extension of Coverage, extra expense is the excess costs over and above the total costs that would normally have been incurred to continue the scheduled progress of the undamaged work in the absence of the insured loss or damage, including reasonable and necessary labor, supervision, management and administration costs, equipment rental, temporary use of property and demobilization, and remobilization of equipment and facilities, all when necessarily incurred to reduce time delays in the contract schedule as a result of such insured physical loss or damage.

This Extension of Coverage shall not insure, however, any:

**(1)**   Expenses incurred to overcome delays in the scheduled progress of the work which existed at the time of loss;

**(2)**   Expenses incurred to overcome delays in the scheduled progress of the work resulting from causes that are independent of, or which would have occurred in the absence of, the insured loss or damage;

**(3)**   Expenses incurred to comply with any ordinance or law that regulates removal, repair, demolition, construction or re-construction of the property insured;

**(4)**   Expenses incurred for alterations, additions, improvements or other changes in materials, designs, plans, specifications, or the means and methods of construction, including, but not limited to, any expenses to rectify defects, faults or deficiencies;

**(5)**   Expenses incurred to perform any work, service, function or other requirement not directly related to the undamaged work;

**(6)**   Expenses incurred if the amount of insured physical loss or damage is less than the applicable deductible for such loss or damage;

**(7)**   Any Additional Interest Expense, Debt Service, Business Interruption, Loss of Income, Loss of Earnings, Loss of Rents or Delay In Completion; or

**(8)**   Expenses resulting from delay due to the **Insured's** inability to provide sufficient funds for the repair or replacement of any loss or damage.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



It is a condition precedent to recovery under this Extension of Coverage that the **Insured** shall use due diligence and dispatch, and shall do and concur in all things necessary to maintain the scheduled progress of the undamaged work that existed immediately prior to the insured loss or damage.

**F.**   Fire Department Charges and Extinguishing Expenses

This policy is extended to insure the reasonable and necessary expenses incurred for:

**(1)**   Fire department firefighting charges imposed on the **Insured** as a result of responding to a fire at the **Insured Project** that is insured by this policy; and

**(2)**   Restoring, recharging and refilling fire protection systems following such insured fire loss, including the cost of the water used to fight the fire.

**G.**   **Fungus** Remediation

In the event **Fungus** results directly from physical damage to **Covered Property** at the **Insured Project**, this policy is extended to insure only the following specific costs directly resulting from that **Fungus** on the **Covered Property** at that **Insured Project**:

**(1)**   The cost to cleanup and remove that **Fungus** from any **Covered Property**;

**(2)**   The cost to tear out and replace any part of the **Covered Property** when such tear out is necessary to gain access to that **Fungus**; and

**(3)**   After removal, repair, replacement and restoration of **Covered Property**, including clean up and removal of that **Fungus**, the cost to test for the continued presence of any such **Fungus**, provided that there is a reason to believe it is still present;

but only if such costs are reasonable and necessary, and the **Fungus** was reported to the Company within ninety (90) days of the physical damage from which it resulted (otherwise, no such coverage is available).

This Extension of Coverage does not apply to or include any loss, damage, costs or expenses of any kind that are associated, directly or indirectly, with contaminants or **Pollutants** (whether or not they are insured elsewhere in this policy), or for which claim is or could be made under this policy's Cleanup of Contaminants and **Pollutants** Extension of Coverage.

**H.**   **Hot Testing**

This policy is extended to insure direct physical loss or damage to **Covered Property** at the **Insured Project** resulting from an insured peril while such property is undergoing **Hot Testing** during the **Hot Testing Period** listed in the Supplemental Declarations, however this coverage does not apply to loss or damage to:

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



**(1)** Catalysts;

**(2)** Refractory linings and brickwork from the time of the first application of heat**;**

**(3)** Overheating or cracking following or arising from an exothermic reaction other than fire; or

**(4)** Loss or damage resulting from any intentional:

    **(a)** Deviation from industry best practice; or

    **(b)** Deviation from prescribed safety or supervisory techniques; or

    **(c)** Short-out or overriding of safety devices or automatic controls;

unless such intentional act is necessary to complete specified activities within a scheduled testing and commissioning program approved by the manufacturer, and provided such intentional act does not extend beyond said specified activities.

**I.** **Inland Transit**

This policy is extended to insure **Covered Property** while within the Policy Territory from the time it leaves the original point of shipment for transit, and continuously while in the due course of transit until arrival at the **Insured Project** or at a facility covered by the Offsite Storage Extension of Coverage in this policy, including such transit on United States inland waterways or its territorial sea, but excluding any airborne or ocean marine shipments.

This Extension of Coverage shall be void if the **Insured** enters into any agreement with the carriers, before or after such loss or damage, releasing them from any liability, whether statutory or common law, or agreeing that this insurance shall in any way inure to the carrier's benefit; however, the **Insured** may, without prejudice to this coverage, accept such bills of lading, receipts, or contracts of transportation as are ordinarily and customarily issued by carriers with a limitation as to the value of the **Covered Property**.

The **Insured** agrees to keep records of all shipments insured hereunder, and to make such records available to the Company upon request.

**J.** **Landscaping**

This policy is extended to insure covered direct physical loss or damage to **Landscaping** that is at and part of the **Insured Project** provided that such property has been included in the **Total Contract Values.**

**K.** Loss Adjustment Expense

This policy is extended to insure the actual costs incurred by the **Insured** for reasonable and necessary fees payable to the **Insured**'s accountants, architects, auditors, engineers, or other

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



professionals for producing and certifying any particulars or details contained in the **Insured**'s claim, books or documents, or such other proofs, information or evidence required by the Company, with respect to an insured loss payable under this policy for which the Company has accepted liability.

This Extension of Coverage, however, will not include any fees, costs, or other amounts of, for, or with respect to any:

**(1)** Attorneys, public adjusters, and loss appraisers,  all including any of their subsidiary, related or associated entities, whether partially or wholly owned by them or retained by them for the purpose of assisting them; or

**(2)** Individuals providing consultation on coverage or negotiation of a claim; or

**(3)** That are based on a contingency.

Any costs submitted hereunder shall be subject to the deductible applicable to the **Insured**'s claim for which such costs were incurred, however in the event that the amount of the **Insured**'s claim is less than the applicable deductible then the Company shall not be liable for any costs under this Extension of Coverage.

**L.** Offsite Storage

This policy is extended to insure **Covered Property** to be used in or incidental to completion of the **Insured Project** while in temporary storage anywhere within the Policy Territory but away from the **Insured Project**, excluding such property while in the course of manufacturing or processing at the manufacturer's or supplier's site, or while in transit.

**M.** Cleanup of Contaminants and **Pollutants**

If land or water confined to the **Insured Project** site is contaminated as a direct result of physical damage to **Covered Property** during the Policy Period from one of the following specified causes of loss only:

fire; lightning; impact from an aircraft or vehicle; riot or civil commotion; windstorm or hail; vandalism or malicious mischief; leakage or accidental discharge from an automatic fire protection system;

and there is in force at the time of that damage any law or ordinance regulating such contamination, including, but not limited to, the presence of **Pollutants**, this policy is extended to insure as a direct result of enforcement of such law or ordinance the increased cost of decontamination, cleanup and/or removal of such contaminated land or water in a manner to satisfy the minimum requirements of such law or ordinance.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



The Company will not pay, however, for the costs to test for, monitor or assess the existence, concentration or effects of the contamination except for testing which is performed in the course of decontamination, clean-up or removal of the contaminants and **Pollutants** from the land or water.

There shall be no coverage unless such costs are reported to the Company within 180 days of the date of direct physical loss or damage to **Covered Property**.

This Extension of Coverage does not apply to any loss, damage, costs or expenses of any kind associated, directly or indirectly, with asbestos, dioxin, polychlorinated bi-phenols, or with **Fungus** (whether or not any or all of them are insured elsewhere in this policy).

**N.** Protection of Property

This policy is extended to insure the costs and expenses incurred by the **Insured** for actions to temporarily protect and preserve **Covered Property**, but only if such actions and costs are reasonable and necessary due to imminent or actual direct physical loss or damage to **Covered Property** from a peril insured against by this policy. The costs and expenses submitted hereunder shall be subject to the deductible applicable to the Insured's claim.

This Extension of Coverage does not apply to any costs or expenses for which claim is or could be made under the Fire Department Charges and Extinguishing Expenses Extension of Coverage of this policy.

**O.  Valuable Papers and Records** (Including Plans and Blueprints)

In the event of covered direct physical loss or damage to **Valuable Papers and Records**, including plans and blueprints, this policy is extended to insure the cost of reproduction from originals for such Valuable Papers and Records.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



**SECTION II - EXCLUSIONS**

1. **PROPERTY NOT COVERED**

   This policy does not insure:

   A. Land, land values, mineral rights, mineral reserves, or any similar property or part thereof that is located at or below the surface grade of the contiguous land, including, but not limited to, the value of cut, fill and backfill materials at the **Insured Project** prior to project commencement; however, to the extent included in the **Total Contract Values** and declared for premium purposes, the value of fill and backfill materials purchased for use in the completion of the **Insured Project** is not excluded.  Notwithstanding the foregoing, labor and material charges incurred to move, remove, place or otherwise handle cut, fill and  backfill materials are insured to the extent such charges are included in the **Total Contract Values** and declared for premium purposes, however such coverage is only up to the amount included in the **Total Contract Values**.

   B. Contractor's tools, machinery, tower cranes, plant and equipment, including spare parts  and accessories, whether owned, loaned, hired or leased, and property of a similar nature not destined to become a permanent part of the completed **Insured Project**.

   C. Owner supplied material, equipment, machinery, and supplies unless the value of such material, equipment, machinery, and supplies is included in the **Total Contract Values**.

   D. Vehicles or equipment licensed for highway use, rolling stock, aircraft or watercraft.

   E. Water, animals, standing timber and growing crops.

   F. Accounts, bills, currency, stamps, deeds, evidence of debt, checks, money, securities, precious metals or precious stones, furs, jewelry, or other property of a similar nature.

   G. **Existing Property**.

   H. Property at locations other than the **Insured Project** except as covered under the Extensions of Coverage for Transit or Offsite Temporary Storage, but only if a Sublimit is shown on the Supplemental Declarations.

   I. Prototype, developmental or used machinery and equipment while undergoing any form of **Hot Testing**, commissioning or startup.

   J. Transmission and distribution lines, poles, towers and all equipment attached or affixed thereto beyond the boundaries of the **Insured Project**.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



**K.**   Any property located at a site which stores, processes, handles, or makes use of any nuclear or radioactive materials; however, the foregoing shall not apply to **Covered Property** where the sole use of radioactive isotopes is within equipment used for diagnostic or testing purposes;

**L.**   All property, regardless of ownership, located at the premises owned, leased, rented or otherwise occupied by manufacturers or suppliers;

**M.**   Contraband or property in the course of illegal transportation or trade.

**2.   EXCLUSIONS**

This policy does not insure against any loss, damage, costs or expense directly or indirectly caused by, consisting of and/or contributed to, in whole or in part, any of the following, regardless of any other cause or event, including a peril insured against, that occurs concurrently or in any sequence with respect to any cause or event for such loss, damage, costs or expense:

**A.**   Consequential loss, damage or expense of any kind, including, but not limited to, loss of market or delay, liquidated damages, performance penalties, penalties for non-completion, delay in completion, or non-compliance with contract conditions; however the foregoing shall not exclude any loss, damage or expense that is insured by any Delay In Completion Coverage if such coverage is endorsed to this policy;

**B.**   The costs that would have been incurred to make good or rectify any of the following had such rectification been effected immediately prior to the loss or damage:

**(1)**   Faulty, inadequate or defective workmanship or material; or

**(2)**   Any fault, defect, error, deficiency or omission in design, plans, specifications, engineering or surveying;

but if direct physical loss or damage by an insured peril ensues, then this policy will respond to any such covered ensuing loss or damage only.

For the purpose of this entire policy, and not merely this exclusion, it is understood and agreed that no portion of **Covered Property** shall be regarded as a loss or damaged solely by virtue of the existence of any condition stated above in **B.(1)** or **B.(2)**;

**C.**   Wear and tear, gradual deterioration, inherent vice, latent defect, corrosion, rust, dampness or dryness of the atmosphere, wet rot or dry rot, but if direct physical loss or damage by an insured peril ensues, then this policy will respond to any such covered ensuing loss or damage only.

For the purpose of this entire policy, and not merely this exclusion, it is understood and agreed that no portion of **Covered Property** shall be regarded as a loss or damaged solely by virtue of

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



the existence of any condition stated in this exclusion;

**D.** Nuclear detonation, nuclear reaction, nuclear radiation or radioactive contamination, however caused, but if a fire is caused by any of the foregoing, then this policy will respond to any covered loss or damage arising directly from that fire, however this exception to the exclusion does not apply to loss or damage caused by nuclear reaction, nuclear radiation or radioactive contamination arising directly or indirectly from that fire;

**E.** Any property, location, interest, loss, cost, expense, damage, claim, or anything else that is the subject of this insurance where to do so would be in violation of any applicable laws, regulations, or economic or trade sanctions, in which case such insurance shall be null and void;

**F.** Actual, alleged or threatened release, discharge, escape or dispersal of any contaminants or **Pollutants**, but if a fire is caused by any of the foregoing, then this policy will respond to any covered loss or damage arising directly from that fire.

However this exclusion shall not apply:

**(1)** To an actual release, discharge, escape or dispersal of contaminants or **Pollutants** from one of the following specified causes of loss only: fire; lightning; impact from an aircraft or vehicle; riot or civil commotion; windstorm or hail; vandalism or malicious mischief; leakage or accidental discharge from an automatic fire protection system; or

**(2)** To the extent of the insurance provided in the Extension of Coverage for Cleanup of Contaminants and **Pollutants**, subject to the terms of that Extension of Coverage;

**G.** Any of the following:

**(1)** War, invasion or warlike operations (whether or not war is declared), hostile acts of sovereign or local government entities, civil war, rebellion, revolution, insurrection, martial law, usurpation of power, or an uprising; or

**(2)** Any weapon of war employing atomic fission or radioactive force, or any biological or chemical material, in time of peace or war, including accidental use or discharge;

**H.** Loss or damage caused by or during any period of seizure, occupation, confiscation, nationalization, requisition, detention, embargo, quarantine, or the result of any order of any public or government authority which deprives the **Insured** of the use or value of its property, whether legal or illegal;

**I.** Any mysterious disappearance, unexplained loss, loss disclosed on inventory, or voluntarily parting with possession or custody of property;

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



**J.** Any dishonest act, including, but not limited to, theft, committed alone or in collusion with others, at any time:

**(1)** By an **Insured** or any proprietor, partner, director, member, trustee, officer, or employee of an **Insured**; or

**(2)** By any proprietor, partner, director, member, trustee, or officer of any business or entity (other than a common carrier) under contract with an **Insured** to do anything in connection with **Covered Property**.

This exclusion does not apply, however, to acts of vandalism by an **Insured**'s employee(s) done without the **Insured**'s knowledge;

**K.** Loss, damage, costs, expenses, fines or penalties incurred or sustained by or imposed on the **Insured** at the order of any government agency, court or other authority arising from any cause whatsoever;

**L.** Any of the following:

**(1)** The removal of asbestos, dioxin or polychlorinated bi-phenols from any property, goods, products, buildings or structures.   However if asbestos is damaged by: fire; lightning, impact from an aircraft or vehicle;  riot or civil commotion; windstorm or hail; vandalism or malicious mischief; or leakage or accidental discharge from an automatic fire protection systems; the cost of removal of that damaged asbestos shall be covered herein, but this exception to the foregoing exclusion does not apply to any costs of investigation or defense regarding any loss or damage, or any expenses or costs for loss of use, fine or penalty, or any expense or claim or suit related thereto.

**(2)** Demolition or increased cost of reconstruction, repair, debris removal or   loss of use necessitated by the enforcement of any law or ordinance regulating any of the materials listed in **L.(1)**;

**(3)** Any governmental direction or request declaring any of the materials listed in **L.(1)** present in, or part of, or utilized on any portion of the **Insured**'s property, or that the **Insured Project** can no longer be constructed or used for the purpose for which it was intended, including, but not limited to, if it must be removed or modified;

**M.** Loss or damage covered under any written or implied guarantee or warranty by any manufacturer or supplier, but only to the extent of recovery from such written or implied guarantee or warranty, whether or not that manufacturer or supplier is an **Insured** under this policy;

**N.** Subsidence, settling, cracking, expansion, contraction or shrinkage of walls, floors, ceilings, buildings, foundations, patios, walkways, driveways or pavements, but if direct physical loss or damage by an insured peril ensues, then this policy will respond to any such covered

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



ensuing loss or damage only;

**O.** Cessation of the work, whether total or partial, unless such cessation is the direct result of loss or damage insured by this policy, and then only to the extent of the coverage provided by this policy for such period of time that, with the exercise of due diligence and dispatch, the insured loss or damage can be repaired or replaced, excluding any period of time during which operations would not normally have been conducted, such as Saturdays, Sundays, Holidays, seasonal inactivity, or any scheduled shutdown;

**P.** Insects, infestation, vermin, rodents or any other animals of any kind;

**Q.** Disease, freeze, drought and hail, or weight of ice or snow to any **Landscaping**;

**R.** Erosion or the washing away of any graded or planted soil, ground cover, finish or rough grades that results from normally expected or predictable precipitation, surface water, or runoff;

**S.** Loss or damage caused by or resulting from any electronic means, including, but not limited to, computer hacking or the introduction of any form of computer virus or corrupting or unauthorized instructions or code, or the use of any electromagnetic weapon or device;

**T.** Loss or damage directly or indirectly caused by, resulting from, or in any way related to the actual or suspected presence or threat of any pathogenic or poisonous biological or chemical substance or material of any kind, including, but not limited to, any malicious use of such substance or material, whether isolated or wide-spread, regardless of any other cause or event contributing at the same time or in any sequence;

**U.** **Fungus**, spores or other microorganisms of any type, nature or description, including but not limited to any substance whose presence poses an actual or potential threat to human health;

However this exclusion does not apply to the extent of the insurance provided in the Extension of Coverage for **Fungus** Remediation, subject to the terms of that Extension of Coverage;

**V.** Loss or damage caused by, consisting of, or arising from:

   **(1)** The failure, malfunction or inadequacy of:

      **(a)** Any of the following, whether the property of the **Insured** or not:

         **(i)** Computer hardware, including, but not limited to, computers, microprocessors, chips and microchips, **Electronic Media**, integrated circuits, and similar devices;

         **(ii)** **Electronic data processing equipment**;

         **(iii)** Computer operating systems;



**(iv)**   Computer software, programs, and similar instructions;

**(v)**    Computer networks;

**(vi)**   Microprocessors, chips, microchips, and similar devices that are not part of computer hardware, **Electronic Data Processing Equipment**, a computer system or a computer network; or

**(vii)**  Any other computerized or electronic equipment or components; or

**(b)**  Any other property, products, services, **Electronic Data** or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in **V.(1)(a) (i)** through **(vii)** above;

due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times, or due to the inability to capture, save, retain and/or correctly manipulate, interpret or process any **Electronic Data**, information, command or instruction due to any deficiency or features of logic or operations;

**(2)**   Advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision intended to determine, correct or test for any actual or potential conditions described in Paragraph **V.(1)** above;

**W.**  Loss or damage resulting from rain, snow, sleet, ice, hail, sand or smoke (all whether driven by wind or not) to:

**(1)**   Property stored in the open or under any open sided structure; or

**(2)**   The interior of any building or structure, including any **Covered Property** therein, unless:

**(a)**   The exterior of the building or structure is complete; and

**(b)**   Only if the exterior of the building or structure first sustains direct physical loss or damage by an insured peril through which rain, snow, sleet, ice, hail, sand or smoke enters.

The exterior of the building or structure is complete only when it has been constructed to a point that it is fully weather resistant and all of its final components and systems have been completely and permanently installed.  The final components include, but are not limited to, the roof and drainage systems; exterior walls and siding; windows; doors; vents and ventilation systems; and mechanical and electrical systems.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



**SECTION III - CONDITIONS**

1. **ABANDONMENT**

   There shall be no abandonment to the Company of any property.

2. **APPRAISAL**

   If the **Insured** and the Company fail to agree on the amount of loss, each, upon written demand from the other made within 60 days after the Company's receipt of the **Insured**'s sworn proof of loss, shall select a competent and disinterested appraiser. The appraisers shall then select a competent and disinterested umpire. If, after fifteen (15) days, the two appraisers fail to agree upon such umpire, then upon the written request of either party such umpire shall be selected by a judge of a court of competent jurisdiction in the county in which such appraisal is pending. Then, the appraisers shall appraise the loss at a reasonable time and place, stating separately the value at the time of loss and the amount of loss. If the appraisers fail to agree, they shall submit their differences to the umpire. An award in writing signed by any two of them shall determine the amount of loss. The Insured and the Company shall each pay its chosen appraiser and shall bear equally the other expenses of the appraisal and of the umpire.

3. **BANKRUPTCY OR INSOLVENCY**

   Bankruptcy or insolvency of the **Insured** shall not relieve the Company of any of its obligations under this policy.

4. **NO BENEFIT TO BAILEE**

   This policy will not inure, directly or indirectly, to the benefit of any carrier or bailee.

5. **BRANDS AND LABELS**

   In case of loss or damage insured by this policy to **Covered Property** bearing a brand, trademark or label, the Company may take all or any part of the property at any agreed or appraised value. If so, the **Insured** may, at their own expense:

   **A.** Stamp salvage on the property or its container, if the stamp will not physically damage the property; or

   **B.** Remove the brand, trademark or label, if doing so will not physically damage the property. The **Insured** must re-label the property or its container to comply with the law.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



6.   **CANCELLATION**

The first Named Insured listed in the Supplemental Declarations may cancel this policy at any time provided it mails or delivers advance written notice to the Company stating when the cancellation is to take effect.

If the Company cancels this policy because of non-payment of premium, it will mail or deliver to the first Named Insured listed in the Supplemental Declarations not less than ten (10) days advance written notice stating when the cancellation is to take effect.

If the Company cancels for any other reason, it will mail or deliver to the first Named Insured listed in the Supplemental Declarations not less than sixty (60) days advance written notice stating when the cancellation is to take effect.

Mailing notice to the first Named Insured listed in the Supplemental Declarations at the mailing address shown for them in the Supplemental Declarations will be sufficient to prove notice.

The Policy Period will end on the day and hour stated in the cancellation notice.

If the Company cancels, final premium will be calculated pro rata based on the time this policy was in force, however the final premium will not be less than any applicable minimum earned premium.

If the first Named Insured listed in the Supplemental Declarations cancels, final premium will be more than pro rata; it will be based on the time this policy was in force, adjusted for seasonal exposures, and increased by the Company's ten percent (10%) short rate penalty, however final premium will not be less than any applicable minimum earned premium.

Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter, but the cancellation will be effective, even if Company has not made or offered any refund of unearned premium. The check mailed or delivered by the Company or its representative will be sufficient tender of any refund due.

The first Named Insured listed in the Supplemental Declarations will act on behalf of all other Insureds with respect to the giving and receiving of notice of cancellation and the receipt of any refund that may become payable under this policy.

This policy shall comply with requirements of applicable state laws and regulations regarding cancellation, and any provisions that conflict with such laws or regulations regarding cancellation are hereby modified to comply with the minimum requirements of such laws and regulations.

7.   **CERTIFICATE OF INSURANCE**

Any certificate of insurance issued in connection with this policy shall be issued solely as a matter of convenience or information for the addressee(s) or holder(s) of said certificate of insurance.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



This policy may only be modified by endorsement issued by the Company.

**8.   CLAIMS INVOLVING CARRIERS**

No claim for loss or damage to **Covered Property** during transit shall be payable hereunder unless the **Insured** has filed a proper claim with and made reasonable efforts to secure payment from the transporting carrier, and the carrier or its insurer has denied liability.

**9.   CONTRIBUTING INSURANCE**

Permission is granted for other policies to be written upon the same terms, exclusions, limitations and conditions as those contained herein. This policy will contribute to the total of each loss otherwise payable herein to the extent of the participation of this policy in the total limit of liability as provided by all such policies written upon the same terms, exclusions, limitations and conditions as those contained in this policy.

The adjustment of losses by any contributing insurance company, however, is not binding on this Company or any other contributing insurance company.

**10.   POLICY TERRITORY**

This policy insures **Covered Property** within the United States of America, including the District of Columbia, except that this policy does not insure any property in transit by water or air to and from Alaska, or to and from Hawaii.

**11.   CURRENCY**

All amounts, including Premium, Deductibles, Limits of Insurance, and Sublimits of Insurance, contained in or applicable to this policy are in the currency of the United States of America, and all covered losses hereunder will be adjusted and paid in that currency.

**12.   DEDUCTIBLE**

Each **Occurrence** will be adjusted separately, and the Company will be liable only if the **Insured** sustains a loss in a single **Occurrence** greater than the applicable deductible, in which case the applicable deductible shall be deducted from the amount of the covered loss, and the Company shall only be liable for the excess of the covered loss subject to the applicable limit of insurance. If two or more deductibles apply in the same **Occurrence**, we will apply no more than the largest applicable deductible to the covered loss.  However, if this policy is extended by endorsement to provide coverage for Delay in Completion, the deductible applicable to such Delay in Completion coverage pursuant to that endorsement will be applied separately, and in addition to, the largest applicable deductible to the covered loss pursuant to the foregoing.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



**13. EXAMINATIONS UNDER OATH**

The **Insured** shall submit and, so far as is within their power, shall cause all other persons to

submit, to examination under oath by any persons named by the Company relative to any and all matters in connection with a claim and shall produce for examination all books of account, bills, invoices, and other vouchers or certified copies thereof if originals are lost, at such reasonable time and place as may be designated by the Company or its representatives and shall permit extracts and copies thereof to be made.

**14. EXCESS INSURANCE**

Permission is granted for the **Insured** to have excess insurance over the limit of liability set forth in this policy without prejudice to this policy, nor will the existence of such insurance, if any, reduce any limits of insurance under this policy.  This condition does not apply, however, to any insurance that is Contributing Insurance.

**15. GOVERNING LAW AND JURISDICTION**

This policy shall be interpreted and governed in accordance with the laws of the State of New York, without regard to its conflict of law rules and principles.

**16. IDENTITY OF INTEREST**

If the **Insured** is comprised of more than one legal entity, the Company's liability for loss or damage insured by this policy shall not exceed the amount that would be due had all such interests comprised a single legal entity.

**17. INSPECTION AND AUDIT**

The Company or its agents shall be permitted, but not obligated, to inspect the **Insured**'s property and the **Insured Project** at any time during the Policy Period, and the **Insured**'s books and records, as they relate to the coverage provided by this policy, any time up to two (2) years following the expiration or earlier termination of this policy. Books and records will be kept by the **Insured** in such a manner that the total project cost of the work, and the exact amount of any loss or damage for which claim is made under this policy, can be accurately determined.

The Company's right to make such inspections, any inspections themselves, and any reports related thereto shall not constitute an undertaking on behalf of or for the benefit of the **Insured** or any other person or entity, do not warrant or indicate in any way that the **Insured**'s property or the **Insured Project** is healthful or safe, and are strictly for informational purposes only with respect to the Company's underwriting of this policy.

The Company will have no liability to the **Insured** or any other person or entity because of any inspection or failure to inspect.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



18. **LEGAL ACTION AGAINST THE COMPANY**

No one, including the **Insured**, may bring suit or an action against the Company unless:

**A.** There has been full compliance with all of the terms and conditions of the policy; and

**B.** The suit or action is brought within two (2) years after the subject loss or damage, however if, under the applicable laws of the jurisdiction in which the **Insured** or the loss or damage is located, such two (2) year limitation period is invalid, then any such suit or action shall be brought within the shortest limit of time permitted by law.

19. **LIMIT OF INSURANCE**

The Company's maximum limit of liability in a single **Occurrence**, regardless of the  amount of **Covered Property**, coverages, or **Insureds** involved, will not exceed the applicable Limit of Insurance (including any applicable Sublimit(s) of Insurance) as provided in the Declarations, Supplemental Declarations, and any endorsement to this policy.  The Sublimit(s) of Insurance are included within, and are not in addition to, the Limit of Insurance, and the Company shall only be liable for its proportionate share of any loss or damage covered under this policy subject to its maximum limit of liability as provided above, including the application of any aggregate limits of insurance.  The Company shall have no liability in excess of this amount.

If a limit or sublimit specified in this policy or under any endorsement thereto is specified as Annual Aggregate, then the Company shall not be liable for more than the specified limit or sublimit amount for all Occurrences during any annual period, commencing with the Effective Date of the policy. If the Policy Period is greater than twelve (12) months, such sublimit shall apply in the aggregate to all losses occurring during each twelve (12) month period, beginning with the effective date of the policy and each subsequent annual anniversary date. Annual Aggregate limits or sublimit(s) not used in any twelve (12) month period, are not cumulative to any other twelve (12) month period.

If a limit or sublimit specified in this policy or under any endorsement thereto is specified as Term Aggregate, then the Company shall not be liable for more than the specified limit or sublimit amount for all Occurrences combined during the Policy Period including any extensions, regardless of the length or term of the Policy Period.

With the exception of the application of any aggregate Limits of Insurance, any insured loss or damage will not reduce the Limits of Insurance of this policy.  Otherwise, there shall be no reinstatement of any Limits of Insurance in this policy.

20. **LOSS PAYABLE**

Loss, if any, insured and payable pursuant to this policy shall be adjusted with and made payable to the Named Insured and designated mortgagees and loss payees, or as per order of the Named



Insured, whose receipt shall constitute a release in full of all liability under this policy with respect to such loss and claim.

**21. LOSS PAYEE(S)**

Subject to the foregoing LOSS PAYABLE Condition, such loss, if any, insured and payable pursuant to this policy shall also be made payable to any appropriate loss payee(s) with respect to the **Covered Property** that is the subject of such loss and payment, as their interest may appear.

**22. MATERIAL CHANGES**

The **Insured** shall notify the Company of any change of circumstances which would materially affect the insurance provided by this policy, including any increase in hazard.

**23. MISREPRESENTATION AND FRAUD**

This entire policy will be void if, whether before or after a loss, an Insured has:

**A.** Willfully concealed or misrepresented any material fact or circumstance concerning this insurance, the subject thereof, any insurance claim, or the interest of an Insured;

**B.** Made any attempt to defraud the Company; or

**C.** Made any false swearing.

**24. MORTGAGEE**

The entities listed in the Supplemental Declarations and designated as Mortgagee(s) are added to this policy for the **Insured Project** and are insured by this policy as mortgagee(s), subject to the following terms and conditions:

**A.** The Company will pay for loss or damage insured by this policy, if any, to each such mortgagee shown in the Supplemental Declarations in their order of precedence, as interests may appear.

**B.** Each such mortgagee has the right to receive such payment even if they have started foreclosure or similar action on the **Insured Project**.

**C.** If the Company denies a claim due to the acts of the **Insured** or because the **Insured** has failed to comply with the terms of this policy, the mortgagee will still have the right to receive any payment due pursuant to this policy if the mortgagee:

**(1)** Pays any premium due under this policy at the request of the Company if the **Insured** has failed to do so; and

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from the Company of the **Insured's** failure to do so; and

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



**(3)** Has notified the Company of any change in ownership, occupancy, or substantial change in risk known to the mortgagee.

All terms of this policy will then apply directly to the mortgagee.

**D.** If the Company pays the mortgagee pursuant to this policy and denies payment to the Insured because of their acts or because they have failed to comply with the terms of this policy:

**(1)** The mortgagee's rights under the mortgage will be transferred to the Company to the extent of the amount paid; and

**(2)** The mortgagee's right to recover the full amount of the mortgagee's claim will not be impaired.

At the option of the Company, the Company may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to the Company and the **Insured** will pay the remaining mortgage debt to the Company.

**E.** If the Company cancels this policy, the Company will endeavor to give written notice to the mortgagee at least:

**(1)** 10 days before the effective date of cancellation, if cancelled for non-payment of premium;

**(2)** 60 days before the effective date of cancellation, if cancelled for any other reason.

The Company's failure to provide notice of cancellation to the mortgagee, however, will not invalidate the cancellation.

## 25. NON-ASSIGNMENT

This policy may not be assigned except with the prior written consent of the Company, and any purported assignment without the Company's prior written consent is null and void.

## 26. NO RIGHTS OF THIRD PARTIES

This policy is solely between the first Named Insured listed in the Supplemental Declarations and the Company, and except for an **Insured** or as otherwise specifically provided in or endorsed hereon, this policy does not confer any rights or benefits on any third parties and no such third party may enforce any term of this policy.

## 27. OBSERVANCE OF CONDITIONS

Full compliance with all terms and conditions of this policy by the **Insured** shall be a condition precedent to any liability of the Company to make any payment pursuant to this policy.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



**28. OTHER INSURANCE**

This policy shall be excess of any other insurance available to the **Insured** insuring a loss covered hereunder except such other insurance which is written specifically as contributing insurance pursuant to the Contributing Insurance Condition, or excess insurance over this policy. When this policy is written specifically in excess of other insurance covering the peril insured hereunder, this policy shall not apply until such time as the amount of the underlying insurance (whether collectible or not) has been exhausted by the payment of loss or damage covered by this policy in excess of the deductible(s) with respect to each and every covered loss.

**29. PAIRS AND SETS**

**A.** In the event of insured loss or damage to **Covered Property** that is part of a pair or set, the measure of such loss or damage will be a reasonable and fair proportion of the total value of the pair or set, giving consideration to the importance of each article or articles of such pair or set, but in no event will such loss or damage be construed to mean total loss of the pair or set; or

**B.** In the event of insured loss or damage to any part of **Covered Property** consisting, when complete for use, of several parts, the Company will only be liable for the value of the part lost or damaged.

**30. REQUIREMENTS IN CASE OF LOSS**

The **Insured** will:

**A.** Give immediate written notice to the Company of any loss that may be covered under this policy, and notify the police if a crime has been committed;

**B.** Preserve and protect the **Covered Property** from further loss or damage;

**C.** Promptly separate the damaged and undamaged property, putting it in the best possible order, and furnishing a complete inventory to the Company of the lost and damaged property, listing in detail the quantities, costs, and replacement value;

**D.** Submit a signed and sworn proof of loss to the Company within 60 days after the loss, unless the Company extends that time period in writing, stating, to the best of the knowledge and belief of the **Insured**, as of the date of loss:

**(1)** The time, origin and cause of the loss or damage;

**(2)** The **Insured**'s interest in the property for which claim is being made;

**(3)** With respect to the property for which claim is being made: the Actual Cash Value and replacement value of each item, all encumbrances thereon, the amount of loss claimed thereto, and any other information requested by the Company;

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



(4)    Any changes in the title, use, occupation, location, possession or exposures of the property for which claim is being made since the effective date of this policy;

**E.**    Provide the Company copies of documents requested for the claim investigation, including plans and specifications of any buildings, fixtures, machinery or equipment.

In any claim, action, arbitration, suit or proceeding to enforce a claim for loss or damage under this policy, the burden of proving that the loss or damage is recoverable under this policy, and that no limitation or exclusion of this policy applies to such loss or damage, together with the amount of loss recoverable, shall be and remain with the **Insured**.

## 31.  SALVAGE AND RECOVERIES

All salvages, recoveries and payments recovered or received prior to a loss settlement under this policy shall reduce the loss accordingly.  If recovered or received subsequent to a loss settlement under this policy, such net amounts recovered shall be divided between the **Insured** and the Company in the proportion of their respective interests.

## 32.  SERVICE OF SUIT

In the event that the Company does not pay any amount claimed to be due hereunder, the Company, at the request of the **Insured**, will submit to the jurisdiction of a court of competent jurisdiction within the United States. Nothing herein constitutes, or should be understood to constitute, a waiver of the Company's rights to commence an action in any court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another court as permitted by the laws of United States or any state, district or territory within the United States. It is further agreed that service of process in such suit may be made upon the Company or their representatives, and that, in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such court or of any appellate court in the event of an appeal.

No suit, action or proceeding against the Company for the recovery of any claim under this policy shall be sustainable in any court of law or equity, unless the **Insured** has fully complied with all requirements of this policy.

## 33.  STATUTES

If any of the terms or conditions of this policy conflict with the applicable laws or statutes of any jurisdiction(s) in which this policy applies, this policy is amended to conform to the minimum requirements of such laws or statutes.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



**34.  SUBROGATION**

**A.**  If the Company pays any loss, damage or claim pursuant to this policy it is subrogated to the extent of such payment to all of the **Insureds**' rights of recovery from any other persons, organizations and entities. The **Insured** will execute and deliver instruments and papers, and do whatever else is necessary, to secure such rights.  Except as provided below in Subparagraph **(B)** of this Paragraph **34.** SUBROGATION, the Company will have no rights of subrogation against:

**(1)**  Any person or entity that is also an **Insured** pursuant to this policy; or

**(2)**  Any person or entity against which the **Insured** has waived its rights of subrogation in writing before such loss or damage.

**B.**  Notwithstanding the foregoing, it is a condition of this policy that the Company shall be subrogated to all of the **Insureds**' rights of recovery against any:

**(1)**  Architect or engineer, whether or not an **Insured**, for any loss, damage or claim arising out of the performance of or failure to perform professional services in their capacity as an architect or engineer, and caused by any error, omission, deficiency or act of the architect or engineer, or by any person or entity employed by them or others for whose acts they are legally liable; and

**(2)**  Manufacturer or supplier of machinery, equipment or other property, whether or not an **Insured**, for the cost of making good any loss, damage or condition that manufacturer or supplier has agreed to make good under any guarantee, warranty, or other contractual agreement, whether expressed or implied.

**C.**  The **Insured** will cooperate with the Company and all other interests in the exercise of such rights of recovery. The costs of obtaining the recovery will be deducted from any recovery, then the Company will be paid in proportion to their interests, with any excess remitted to the **Insured**. If there is no recovery, the Company and other interests instituting the proceedings will bear the expense proportionately. The **Insured** will do nothing after the loss to prejudice such rights of subrogation.

**35.  TITLES OF PARAGRAPHS**

The several titles of the various paragraphs of this form and endorsements attached to this policy are inserted for reference only, and shall not be deemed in any way to affect the provisions to which they relate.

**36.  UNDERLYING INSURANCE**

Permission is granted to the **Insured** to purchase insurance on all or any part of the Deductible(s) and against all or any of the perils insured by this policy.  The existence or absence of such

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



underlying insurance shall not in any way reduce the Company's right to deduct from any insured claim the full amount(s) of any applicable Deductible(s) included herein or endorsed hereon. If the limits of such underlying insurance exceed the Deductible(s) which would apply pursuant to this policy, then the insurance provided by this policy shall apply only as excess insurance after payment of that portion which exceeds such Deductible has been exhausted.

**37.  VALUATION**

Subject to all of the terms and conditions of this policy and any endorsements attached hereto, insured loss or damage will be valued, at the time and place of such loss or damage, and for no more than the interest of the **Insured**, as follows:

**A.  Permanent Works**

The lesser of the cost to repair or replace **Permanent Works** at the same site, within two (2) years from the date of such insured loss or damage, with material of like kind and quality, including contractor's reasonable overhead and profit in the same proportion as that included in the original contract for the **Insured Project**. Otherwise, the valuation shall be on an **Actual Cash Value** basis.

**B.  Temporary Works**

The lesser of the cost to repair or replace **Temporary Works**, but not to exceed the **Actual Cash Value** of such lost or damaged **Temporary Works**.

**C.  Electronic Data** and **Electronic Media**

The cost of the blank **Electronic Media**, plus the necessary and reasonable costs of copying or restoring the **Electronic Data** from back-up or from originals of a previous generation, but not including any costs or expenses associated with any research, engineering, recreating or assembling such **Electronic Data**. However this policy does not insure any amounts associated with the value of such **Electronic Data** to the **Insured** or any other party, even if such **Electronic Data** cannot be recopied or restored.

**D.  Property of Others (including Items Supplied by the Owner for which the Insured** is legally responsible)

If the property of others is new, the lesser of the cost to repair or replace the lost or damaged property of others with material of like kind and quality, less betterments, or the property owner's cost.

However the valuation shall be Actual Cash Value if:

**(1)**  The property of others is not new; or

**(2)**  The property of others is not repaired or replaced within two (2) years from the date of such insured loss or damage.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



**E.   Covered Property** in Inland Transit

The lesser of the amount stated on the invoice as respects the lost or damaged **Covered Property**, the cost to repair the lost or damaged property, or the cost to replace the lost or damaged property, plus accrued shipping charges less shipper's liability, if any. However if there is no invoice, valuation shall be based on the lesser of the cost to repair or replace the lost or damaged **Covered Property**, but not to exceed the **Actual Cash Value** of that **Covered Property**.

**F.   Valuable Papers and Records** (other than **Electronic Data** and **Electronic Media**)

The lesser of the necessary and reasonable cost to restore or reproduce the **Valuable Papers and Records**, including the cost of gathering or assembling information from back-up or from originals of a previous generation, but only if the **Valuable Papers and Records** are replaced.  If not replaced, the valuation for such **Valuable Papers and Records** will be the value of the blank material.

**G.   Offsite Storage**

The lesser of the cost to repair or replace at the **Insured Project**, within two (2) years from the date of such insured loss or damage, with material of like kind and quality, including contractor's reasonable overhead and profit in the same proportion as that included in the original contract for the **Insured Project**. Otherwise, the valuation shall be on an **Actual Cash Value** basis.

**H.   All Other Property**

Loss or damage to other property insured by this policy that is not specifically addressed in this Paragraph **37.** VALUATION shall be valued at **Actual Cash Value**.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



**SECTION IV - DEFINITIONS**

1. **Actual Cash Value**:   The amount it would cost to repair or replace **Covered Property**, on the date of loss or damage to such property, with material of like kind and quality, with proper deduction for obsolescence and physical depreciation.

2. **Covered Property**:   Tangible property (other than **Excluded Property**) covered by this policy that is listed in Paragraph **1.A.** and **1.B.** of SECTION I – PROPERTY COVERAGE.

3. **Earth Movement**:   Any sudden natural earth movement, including, but not limited to, earthquake, sinkhole, landslide and tsunami.

4. **Electronic Data**:   Facts, concepts and information converted to a form useable for communications, interpretation or processing by **Electronic Data Processing Equipment** and other electronic and electromechanical data processing or electronically controlled equipment**,** including, but not limited to, programs, software, and other coded instructions for the processing and manipulation of data, or the direction and manipulation of such equipment.

5. **Electronic Data Processing Equipment**:   **Covered Property** consisting of one or more computers and computer systems, communication systems, machines, hardware, similar devices, and their related equipment, that are used for **Electronic Data** and data processing operations, but does not include any **Electronic Data**, programs, or software.

6. **Electronic Media:**   Tangible media on which **Electronic Data**, programs, or software are stored.

7. **Excluded Property**:   Any property listed in any of the subparagraphs of Paragraph 1. of SECTION II – EXCLUSIONS, or as otherwise excluded by this policy.

8. **Existing Property**:   Any buildings or structures in place at the **Insured Project** prior to the Policy Period; and any other property for which values have not been included in the **Total Contract Values** of the **Insured Project.**  This includes, but is not limited to any property that is scheduled to be repaired, replaced, or renovated as part of the **Insured Project**.

9. **Flood**:   The accumulation, rising or overflowing of water onto normally dry land, including, but not limited to, that which results from: rain; surface waters; mudslide or mudflow; rising waters; waves (other than Tsunami, which is subject to the terms and conditions applicable to **Earth Movement**); tide or tidal water; storm surge; the release of water, and the rising, overflowing or breaking of boundaries of natural or man-made bodies of water; the failure of a cofferdam or similar structure intended to hold water back from an area of construction; or any combination

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



or series of any of the foregoing, including spray from any of them, whether or not driven by wind; and sewer back-up resulting from any of the foregoing.

10. **Fungus**:  Any type or form of fungus, including, but not limited to, mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

11. **High Hazard Flood Zone(s)**:  As of the date of loss, any area that is wholly or partially situated in a 100 Year Special Flood Hazard Area (SFHA) or 100 Year Coastal High Hazard Area (CHHA), as defined by the U.S. Federal Emergency Management Agency (FEMA), including, but not limited to, those designated as Flood Zones A, AE, AO, AH, AR, A1-A30, A99, V, VE, V1-V30.

12. **Hot Testing**:
    **A.**  Any start-up or commissioning or other forms of testing (such as reliability, functional or performance tests) of any plant, machinery, equipment, process or any component part thereof under load or operational conditions, including the use of fuel, feedstock, materials for processing or other input or throughput media to simulate working conditions; and

    **B.**  The connection of any electrical motor, vehicle or electrical generating, transforming, converting or rectifying plant or equipment to a grid or load circuit.

    **Hot Testing** does not include any start-up or commissioning or other forms of testing of general building systems such as plumbing, electric, lighting, HVAC (heating, ventilating and air conditioning), elevators, escalators, moving walkways, communication, security, fire detection, fire suppression, and life safety.

13. **Hot Testing Period**:  That period of **Hot Testing** beginning with the introduction into **Covered Property** of feedstock, catalyst or similar media for processing and handling; the commencement of supply to a system; connection to a grid or load circuit; or the first firing of plant, machinery or equipment using fuel; and continuously thereafter whether or not any **Hot Testing** is continuous or intermittent and terminating at the end of the number of consecutive days specified for the **Hot Testing Period** in the Supplemental Declarations or the policy expiration, whichever occurs first.

14. **Insured**:  Per the Supplemental Declarations of this policy.

15. **Insured Project**:  Per the Supplemental Declarations of this policy.

16. **Landscaping**:  **Covered Property** consisting of plants, trees, shrubs, grass, plantings, and other landscape gardening.

17. **Moderate Hazard Flood Zone(s)**:  As of the date of loss, any area that is wholly or partially situated in a 500 Year Flood Hazard Area as defined by the U.S. Federal Emergency Management

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



Agency (FEMA), including, but not limited to, those designated as Flood Zones B, X-500, X-Shaded, X-500L.

18. **Named Windstorm:**   A storm that has been named by the U.S. National Oceanic and Atmospheric Administration's National Weather Service or National Hurricane Center, and applies to all wind, in any form, associated with such storm once it has been named and for its duration, regardless of the wind speed, or whether any watch or warning was issued.

19. **New Madrid Counties:**   The following counties and independent cities, as applicable, which are listed by state:

| | | |
|---|---|---|
| **A.** | Arkansas: | Arkansas, Clay, Craighead, Crittenden, Cross, Greene, Jackson, Lawrence, Lee, Mississippi, Monroe, Phillips, Poinsett, Randolph, St. Francis, Woodruff; |
| **B.** | Illinois: | Alexander, Franklin, Hamilton, Jackson, Jefferson, Johnson, Massac, Perry, Pope, Pulaski, Randolph, Saline, Union, Washington, Williamson; |
| **C.** | Kentucky: | Ballard, Calloway, Carlisle, Fulton, Graves, Hickman, Livingston, Marshall, McCracken; |
| **D.** | Mississippi: | Alcorn, Benton, Bolivar, Coahoma, DeSoto, Lafayette, Marshall, Panola, Prentiss, Quitman, Sunflower, Tallahatchie, Tate, Tippah, Tishomingo, Tunica, Union; |
| **E.** | Missouri: | Bollinger, Butler, Cape Girardeau, Carter, Dunklin, Iron, Madison, Mississippi, New Madrid, Pemiscot, Perry, Ripley, Scott, Stoddard, Wayne; and |
| **F.** | Tennessee: | Benton, Carroll, Chester, Crockett, Decatur, Dyer, Fayette, Gibson, Hardeman, Hardin, Haywood, Henderson, Henry, Humphreys, Lake, Lauderdale, Madison, McNairy, Obion, Shelby, Tipton, Weakley. |

20. **Occurrence:**   Any one loss, disaster, casualty or series of losses, disasters, or casualties, arising out of one event, irrespective of the number or amount of **Insureds**, coverages, or **Covered Property** involved, or the distance between them, subject to the following:

A. When the term applies to loss or losses from the perils of tornado, cyclone, hurricane, windstorm, hail, **Flood**, volcanic eruption, riot, riot attending a strike, civil commotion, and vandalism and malicious mischief, one event shall be construed to be all losses arising during a continuous period of 72 hours. When filing proof of loss, the **Insured** may elect

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



the moment at which the 72 hour period shall be deemed to have commenced, which shall not be earlier than when the first loss or damage to the **Covered Property** occurs; and

**B.** When the term applies to **Earth Movement**, including earthquake, one event shall be construed to be all loss arising during a continuous period of 168 hours. When filing proof of loss, the **Insured** may elect the moment at which the 168 hour period shall be deemed to have commenced, which shall not be earlier than when the first loss or damage to the **Covered Property** occurs; and

**C.** No such period of time in **A.** or **B.** above may commence prior to the Policy Period, nor extend beyond the expiration of this policy unless the **Insured** first sustains direct physical loss or damage prior to expiration of this policy.

**21. Pacific Northwest Counties**:   The following counties and independent cities, as applicable, which are listed by state:

    **A.**     Washington:     Callum, Jefferson, King, Kitsap, Mason Pierce, San Juan, Skagit, Snohomish, Thurston, Watcom; and

    **B.**     Oregon:     Clatsop, Columbia, Tilamook, Washington, Pol, Clackamas, Marion, Hood River, Multnomah, Yamhill.

**22. Permanent Works**:  Those items of tangible property (other than **Excluded Property**) covered by this policy that are listed in Paragraph **1.A.(1)** of SECTION I – PROPERTY COVERAGE.

**23. Pollutants**:   Any solid, liquid, gaseous or thermal irritant, contaminant or toxic or hazardous substance, including, but not limited to, smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste, and any substance for which the presence, existence or release of which endangers or threatens to endanger the health, welfare or safety of any persons, property or the environment.

**24. Temporary Works**:  Those items of tangible property (other than **Excluded Property**) covered by this policy that are listed in Paragraph **1.A.(2)** of SECTION I – PROPERTY COVERAGE.

**25. Tier 1 Counties**:   The following states, counties, and independent cities, as applicable, which are listed by state:

    **A.**     Alabama:     Baldwin, Mobile;

    **B.**     Florida:     The entire state, including all of its counties and independent cities;

    **C.**     Georgia:     Bryan, Camden, Chatham, Glynn, Liberty, McIntosh;

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.



| | | |
|---|---|---|
| **D.** | Hawaii: | The entire state, including all of its counties and independent cities; |
| **E.** | Louisiana: | Calcasieu, Cameron, Iberia, Jefferson, Lafourche, Livingston, Orleans, Plaquemines, St. Bernard, St. Charles, St. James, St John the Baptist, St. Mary, St. Tammany, Terrebonne, Vermilion; |
| **F.** | Mississippi: | Hancock, Harrison, Jackson; |
| **G.** | Maryland: | Anne Arundel, Baltimore City, Baltimore County, Calvert, Cecil, Dorchester, Harford, Kent, Queen Anne's, Somerset, St. Mary's, Talbot, Wicomico, Worcester; |
| **H.** | North Carolina: | Beaufort, Bertie, Brunswick, Camden, Carteret, Chowan, Columbus, Craven, Currituck, Dare, Hyde,  Jones, New Hanover, Onslow, Pamlico, Pasquotank, Pender, Perquimans, Tyrrell, Washington; |
| **I.** | South Carolina: | Beaufort, Charleston, Colleton, Georgetown, Horry, Jasper; |
| **J.** | Texas: | Aransas, Brazoria, Calhoun, Cameron, Chambers, Galveston, Harris, Jackson, Jefferson, Kenedy, Kleberg, Liberty, Matagorda, Nueces, Refugio, San Patricio, Victoria, Willacy; and |
| **K.** | Virginia: | Accomack, Chesapeake, Gloucester, Hampton City, Isle ofWight, James City, Lancaster, Mathews, Middlesex, Newport News City, Norfolk City, Northampton, Northumberland, Poquoson City, Portsmouth, Suffolk City, Surry, Virginia Beach, Westmoreland, Williamsburg City, York. |

26. **Total Contract Values**:   The property insurance values on file with the Company as of the date of loss, the total amount of which appears on the Supplemental Declarations of this policy.

27. **Total Insured Values**:   Per the Supplemental Declarations of this policy.

28. **Valuable Papers and Records**:   **Covered Property** consisting of written, printed, or otherwise inscribed documents and records, including, but not limited to, plans, specifications, blueprints, books, maps, films, drawings, abstracts, deeds, mortgages, micro-inscribed documents, manuscripts, and the media upon which it's recorded, but excluding money, securities, and any other **Excluded Property**.

29. **Water Damage**:   Direct physical loss or damage from all water damage as covered by this policy, except as otherwise defined as **Flood** or **Named Windstorm**.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company  – All Rights Reserved.


Berkshire Hathaway
Specialty Insurance

**ENDORSEMENT BH-1**

This endorsement, effective 12:01 AM: **December 22, 2017**
Forms a part of Policy No.: **42-PBR-304657-01**
Issued to: **1031 Canal Owner LLC**
By: **NATIONAL FIRE & MARINE INSURANCE COMPANY**

## VIOLATION OF US LAWS OR SANCTIONS ENDORSEMENT

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**This endorsement modifies insurance provided under the following:**

**BUILDERS RISK POLICY**

The following CONDITION is added to the policy:

This policy does not provide any coverage, however, for any property, location, interest, loss, cost, expense, damage or claim that would be in violation of any United States of America laws or sanctions, including, but not limited to, any sanctions administered and enforced by the United States Treasury Department's Office of Foreign Assets Control ("OFAC").

All other terms and conditions of the policy remain unchanged.



**Berkshire Hathaway
Specialty Insurance**

### ENDORSEMENT BH-2

| | |
|---|---|
| This endorsement, effective 12:01 AM: | **December 22, 2017** |
| Forms a part of Policy No.: | **42-PBR-304657-01** |
| Issued to: | **1031 Canal Owner LLC** |
| By: | **NATIONAL FIRE & MARINE INSURANCE COMPANY** |

## WAR RISK AND TERRORISM EXCLUSION

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**This endorsement modifies insurance provided under the following:**

**BUILDERS RISK POLICY**

It is hereby understood and agreed, that notwithstanding any other war risk or terrorist exclusion that may be in the policy or any clause limiting or attempting to limit the application of any endorsements to the policy, this policy is amended as follows:

The policy does not cover loss or damage to property caused by, resulting from, contributed to or aggravated by any of the following perils, whether such loss or damage is accidental or intentional, intended or unintended, direct or indirect, proximate or remote or in whole or in part caused by contributed to or aggravated by any perils insured by the policy:

1. war, hostile or warlike action in time of peace or war, whether or not declared, including action in hindering, combating or defending against an actual, impending or expected attack:

    (a) by government or sovereign power (de jure or de facto) or by any authority maintaining or using military, naval or air forces; or

    (b) by military, naval or air forces; or

    (c) by an agent of any such government, power, authority or force.

2. any weapon of war employing atomic fission or radioactive force whether in time of peace or war, whether or not its discharge was accidental.

3. insurrection, rebellion, revolution, civil war, usurped power, or action taken by government authority in hindering, combating, .or defending against such an occurrence, seizure or destruction;

4. any act of one or more persons, whether known or unknown and whether or not agents of a sovereign power, for Terrorist purposes;

5. hijacking or any unlawful seizure or wrongful exercise or control of any mode of transportation, including but not limited to aircraft, watercraft, truck(s), train(s) or automobile(s), including any attempted seizure of control, made by any person or persons, for Terrorist purposes.

Such loss or damage is excluded regardless of any other cause, event or intervention that contributes concurrently or in any sequence to the loss or damage.

www.bhspecialty.com



Terrorist purpose means the use or threatened use of any unlawful means, including the use of force or violence against any person(s) or property (ies), for the actual or apparent purpose of intimidating, coercing, punishing or affecting society or some portion of society or government.

All other terms and conditions of the policy remain unchanged.

www.bhspecialty.com



**Berkshire Hathaway**
**Specialty Insurance**

## ENDORSEMENT BH-3

This endorsement, effective 12:01 AM: **December 22, 2017**
Forms a part of Policy No.: **42-PBR-304657-01**
Issued to: **1031 Canal Owner, LLC**
By: **NATIONAL FIRE & MARINE INSURANCE COMPANY**

## DELAY IN COMPLETION ENDORSEMENT
### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**This endorsement modifies insurance provided under the following:**
**Builders Risk Policy**

Words and phrases that appear in bold face type are defined in SECTION 6: ADDITIONAL DEFINITIONS of this Delay in Completion Endorsement or in the DEFINITIONS section of the Policy form.

---

### SECTION 1: ADDITIONAL DECLARATIONS (DELAY IN COMPLETION ONLY)

For the purpose of this endorsement only, the Named Insured**,** if different from that stated in the Supplemental Declarations, shall be as shown below.  There shall be no Additional Insureds hereunder unless specifically endorsed for Delay in Completion Coverage.

Named Insured:

Mailing Address:

1. **Scheduled Date of Completion:**   <u>June 22, 2019</u>

2. **Period of Indemnity**   <u>365</u>   Calendar days

3. **Waiting Period:**

   A.  <u>30</u>   Calendar days, each **Delay** except;
   B.  <u>30</u>   Calendar days, each **Delay** caused by or resulting from **Flood**;
   C.  <u>30</u>   Calendar days, each **Delay** caused by or resulting from **Named Windstorm**;
   D.  <u>30</u>   Calendar days, each **Delay** caused by or resulting from **Earth Movement**.

The **Waiting Period** is a deductible that applies independently and in addition to any deductible for insured physical loss or damage covered by this Policy.  In the event that more than one **Waiting Period** shall apply in the same **Occurrence**, only the longest **Waiting Period** deductible shall be applied. No liability shall exist unless **Delay** exceeds the **Waiting Period**, and then liability shall be only for such part of **Delay** that is in excess of the **Waiting Period**.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company – All Rights Reserved.


BERKSHIRE HATHAWAY
Specialty Insurance

---

SECTION 2: SUBLIMITS OF INSURANCE

---

In consideration of the payment of premium and subject to all the terms and conditions of this policy and individual Sublimits of Insurance shown below, the total Sublimit of Insurance provided under this endorsement per **Occurrence** and in the Term Aggregate shall not exceed $9,158,937. These Sublimits of Insurance are part of and not in addition to the Limits of Insurance stated in the Supplemental Declarations. Whenever a sublimit lists a zero, states "No Coverage", or is blank, then coverage is hereby excluded.

The most the Company will be liable for under this endorsement will be its proportionate share as stated in **Item 5.** Company Participation of the Supplemental Declarations.

1.  **Loss of Gross Earnings**            $0

2.  **Loss of Rental Income**            $0

3.  **Soft Costs/Additional Delay Expenses**            $9,158,937

    **Soft Costs/Additional Delay Expenses** shall be subject to the following term aggregate amount(s) per coverage. If a coverage or expense is not listed below, then it is excluded under this policy.

| | | | | | |
|---|---|---|---|---|---|
| A. | **Advertising/ Marketing Fees** | $62,500 | Subject to | Included | Per Month |
| B. | **Architects and Engineers Fees** | $718,750 | Subject to | Included | Per Month |
| C. | **Construction Loan Fees/ Refinancing Charges** | $0 | Subject to | $0 | Per Month |
| D. | **Debt Service Payments** | $0 | Subject to | $0 | Per Month |
| E. | **Insurance Premiums** | REDA | Subject to | REDA | Per Month |
| F. | **Interest Expense on Loans** | $4,864,286 | Subject to | Included | Per Month |
| G. | **Legal and Accounting Fees** | $50,000 | Subject to | Included | Per Month |
| H. | **License and Permit Fees** | $500,000 | Subject to | Included | Per Month |
| I. | **Project Administration Expenses** | $681,000 | Subject to | Included | Per Month |
| J. | **Real Estate Commissions** | $0 | Subject to | $0 | Per Month |
| K. | **Real Estate Taxes and Assessments** | $130,000 | Subject to | Included | Per Month |
| L. | **Other:** Appraisal & survey | $50,000 | Subject to | Included | Per Month |
| M. | **Other:** Bond & Insurance | $1,202,401 | Subject to | Included | Per Month |
| N. | **Other:** | $0 | Subject to | $0 | Per Month |
| O. | **Other:** | $0 | Subject to | $0 | Per Month |

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company – All Rights Reserved.


BERKSHIRE HATHAWAY
Specialty Insurance

---

SECTION 3: INSURING AGREEMENT

1. Subject to all terms, exclusions, limitations and conditions of this Endorsement and the Policy to which it attaches, this policy is extended as follows:

   A. This Company will indemnify the Named Insured for actual **Loss of Rental Income**, **Loss of Gross Earnings** and/or **Soft Costs/Additional Delay Expenses** sustained during the **Period of Indemnity** as a result of a **Delay** in completion of the **Insured Project** arising out of an **Occurrence** or series of **Occurrence**(s) caused by direct physical loss or damage to **Covered Property** by an insured peril.

   B. This Company will also indemnify the Named Insured for necessary and reasonable expenditures incurred during the **Period of Indemnity** for the purpose of reducing any loss amount under this endorsement, but only to the extent that such loss amount payable under this endorsement is thereby reduced.

   C. If EXTENSION OF COVERAGE C. Demolition, Operation of Buildings Laws and Increase Cost of Construction is provided in this policy, then Delay in Completion Coverage will include the additional time required to comply with the requirements of said laws or ordinances as insured in the Demolition, Operation of Buildings Laws and Increase Cost of Construction coverage extension, up to the applicable Limit of Insurance for Delay in Completion.  Coverage for such additional time to comply shall not exceed thirty (30) days.

2. The **Loss of Gross Earnings** and/or **Loss of Rental Income** payable under this endorsement shall be reduced by:

   A. Any increase in the Named Insured's income during the **Period of Indemnity** at any other property due to the **Delay**;

   B. Any amount saved in respect of labor costs, charges and expenses payable out of the anticipated revenue that do not arise, have ceased or are reduced during the **Period of Indemnity**;

   C. Any liquidated damages and/or penalties the Named Insured is entitled to receive from any party, whether collectible or not;

   D. Any income realized from deferred sales during a period of twelve (12) months immediately following the **Period of Indemnity** resulting as a direct consequence of the **Delay**;

   E. Any interest commitment which is permanently waived or otherwise saved;

   F. The fixed cost or continuing expense component of the claim amount when it is also covered under the **Soft Costs/Additional Delay Expenses**. The same fixed cost or continuing expense shall not be indemnified as actual loss sustained under **Loss of Gross Earnings, Loss of Rental Income** and **Soft Costs/Additional Delay Expenses**.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company – All Rights Reserved.



## SECTION 4: ADDITIONAL EXCLUSIONS

In addition to the policy Exclusions, the Company shall not be liable for any loss, cost, expense, **Delay** or increase in **Delay** directly or indirectly caused by or resulting from:

1. The enforcement of any ordinance, law, regulation or ruling governing the construction, reconstruction, repair, installation, operation, use, removal or demolition of any **Covered Property**, except to the extent coverage is provided in SECTION 3 – INSURING AGREEMENT, Paragraph 1.C. of this endorsement;

2. Any loss or damage to property not insured by this policy;

3. Alterations, additions, improvements or other changes made in the designs, plans, specifications or other contract documents for the work which are required to effect the repair or replacement of the damaged property, except if the alterations, additions, improvements or other changes made in the designs, plans, specifications or other contract documents are covered as part of the Demolition, Operation of Buildings Laws and Increase Cost of Construction coverage extension in the Policy and then only to the extent the resultant **Delay** is covered in SECTION 3 – INSURING AGREEMENT, Paragraph 1.C. of this endorsement;

4. Unavailable or insufficient funds needed for the repair or replacement of lost or damaged property;

5. The application of any import, export or customs restrictions and / or regulations;

6. Breach of contract, late or non-completion of orders and/or suspension, lapse or cancellation of any lease or purchase order;

7. Breach, suspension, lapse or cancellation of or the failure to obtain, maintain or extend any permit, lease, license, contract or purchase order commitments;

8. Failure to use due diligence and dispatch in restoring the damaged property to the condition existing prior to the direct physical loss or damage;

9. Strikes, protests, lock-outs, labor disturbances, riots, civil commotions, or the acts of any persons taking part in any such occurrence or disorder which interferes with the transportation of property or the construction, rebuilding, repairing, replacing or retesting of **Covered Property** or the occupancy or use of the premises.

10. Consequential damages including liquidated damages, performance or non-performance penalties, penalties for non-completion or non-compliance with contract conditions.

11. Interruption of incoming electricity, fuel, water, gas, steam, refrigerant, or any other utility or services needed for construction, testing or operation of the **Insured Project**.

12. Any change order, revision or other cause which results in deviation from the original **Scheduled Date of Completion** and which is independent of an insured direct physical loss or damage which gives rise to a **Delay**, whether occurring prior to or after an **Occurrence**;

13. Loss or damage to **Covered Property** in transit or while at any location other than those insured hereunder.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company – All Rights Reserved.


# Berkshire Hathaway
## Specialty Insurance

---

SECTION **5:** ADDITIONAL GENERAL CONDITIONS

1.  The Named Insured shall furnish in writing, as often as required by the Company, progress reports on the **Insured Project**, except the Named Insured shall immediately advise the Company in writing of any change which is likely to affect the **Scheduled Date of Completion**. In the event a difference between the anticipated and actual progress of the work necessitates revision of the **Scheduled Date of Completion**, the Company and the Named Insured shall agree to a revised **Scheduled Date of Completion** which will be endorsed to this Policy.

    The Named Insured shall then establish a revised progress schedule for the work which will be the basis of comparison with future progress reports. In the event of any further differences between the revised progress schedule and progress reports, similar revision(s) in the progress schedule will be made and a revised **Scheduled Date of Completion** will be endorsed to this Policy.

    Revisions to the **Scheduled Date of Completion** will not be made as a result of insured direct physical loss or damage to property insured.

    In no case will the revised **Scheduled Date of Completion** be earlier than the original **Scheduled Date of Completion** shown hereon.

2.  It is a condition precedent to coverage under this endorsement that the Named Insured shall make every reasonable attempt to minimize the amount of any loss by:

    **A.**  Making complete or partial use of covered or other property at the location of the **Insured Project** or other location; and/or

    **B.**  Make use of other machinery, equipment or supplies; and/or

    **C.**  Minimize the extent of any interference with the construction schedule so as to avoid or diminish any **Delay**.

3.  At the end of the first month of the **Period of Indemnity** and each month thereafter, if it is possible to determine the minimum amount of loss payable under this endorsement for the elapsed period, the Company shall pay such amount(s) to the Named Insured as an installment of the total loss.

4.  The Company shall have the right, but not the duty to conduct an audit of the Named Insured records twelve (12) months after actual commencement of operations to determine the actual loss as defined by this Endorsement, as well as any expenses related to reducing the loss incurred by the Named Insured.

5.  If the amount of loss determined by any audit conducted by the Company is less than or exceeds the sum paid by the Company during the **Period of Indemnity,** the difference between the two amounts shall be paid by or to the Company as the case may be.

6.  Upon request by the Company, the Named Insured shall make available all records and information relevant to the coverage provided by this endorsement.

7.  It is a condition of this insurance that, as soon as practical, the Named Insured shall begin normal operations.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company – All Rights Reserved.


Berkshire Hathaway
Specialty Insurance

SECTION 6: ADDITIONAL DEFINITIONS

**1.  Anticipated Date of Completion**

The date the **Insured Project** would have been completed for commencement of commercial operations or its intended use and occupancy if direct physical loss or damage insured by this policy had not occurred.

**2.  Delay**

The period of time between the **Scheduled Date of Completion** or the **Anticipated Date of Completion** (whichever is later) and the earlier of the actual date on which commercial operations or use and occupancy commenced or could have commenced had the Insured exercised due diligence and dispatch, less any period of time caused by or resulting from any loss, damage or circumstance not insured hereunder.

**3.  Loss of Gross Earnings**

The amount not realized by the Named Insured during the **Period of Indemnity** which would have been earned as a result of the commencement of operations or use and occupancy of the **Insured Project** had the **Delay** not occurred, consisting of:

The loss of:

**A.**    total net sales value of production;
**B.**    total net sales of merchandise; and
**C.**    other earnings derived from operations of the business,

less the expected cost of:

**D.**    raw stock from which such production is derived;
**E.**    supplies consisting of materials consumed directly in the conversions of such raw stock into finished stock or in supplying the service(s) sold by the Named Insured**;**
**F.**    merchandise sold, including packaging materials thereof; and
**G.**    service(s) purchased from third parties(not employees of the Named Insured) for resale which do not continue under contract.

No other cost shall be deducted in determining the **Loss of Gross Earnings.**

**4.  Loss of Rental Income**

Revenues from rentals and leases not realized during the **Period of Indemnity** which would have been earned by the Named Insured if the **Delay** had not occurred, less non-continuing expenses.

**5.  Period of Indemnity**

The period within Delay for which indemnity is payable, up to the number of calendar days stated in SECTION 1. of this endorsement that are in excess of the Waiting Period. The Period of Indemnity for any insured Delay hereunder shall not be limited by the expiration, cancellation or termination of the Policy.

**6.  Scheduled Date of Completion**

The completion date set forth by the Named Insured in SECTION 1 of this endorsement.

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company – All Rights Reserved.



| | | |
|---|---|---|
| **7.** | **Soft Costs / Additional Delay Expenses** | Costs or expenses in the following categories necessarily incurred during the **Period of Indemnity**, but which would not have been incurred by the Named Insured if the **Delay** had never occurred: |

    **A.** **Advertising/Marketing Fees** – Additional advertising, marketing and promotional expenses.

    **B.** **Architects and Engineers Fees** – Additional fees for extending service contracts to architects and engineers, excluding improvements to the original project.

    **C.** **Construction Loan Fees/ Refinancing Charges** – Additional costs, commissions or loan fees incurred in renewing or arranging for new financing necessary for completion of the **Insured Project.**

    **D.** **Debt Service Payments** – Interest payments and/or principal payments which become due and must be paid whether or not the project is operational or habitable.

    **E.** **Insurance Premiums** – Additional premiums for renewing or extending insurance coverage for the **Insured Project**, excluding builders risk premium.

    **F.** **Interest Expense on Loans** – Additional interest charged by lenders for the extension or renewal of interim construction financing necessary for the completion of the **Insured Project.**

    **G.** **Legal and Accounting Fees** – Additional fees for accounting work in renewing or restructuring construction financing and legal work in preparing revised contracts or other legal documents.  These fees shall not be used to prepare a claim against the Company.

    **H.** **License and Permit Fees** – Additional costs incurred in renewing, revising or obtaining any license or permit for the construction of the **Insured Project.**

    **I.** **Project Administration Expenses** – Additional indirect project administration expenses of the type reported in the original construction budget.

    **J.** **Real Estate Commissions** – Additional commissions or fees payable to leasing or real estate agents for renegotiating cancelled leases or lost real estate sales at the **Insured Project.**

    **K.** **Real Estate Taxes and Assessments** – Additional real estate or property taxes and assessments.

| | | |
|---|---|---|
| **8.** | **Waiting Period** | The number of calendar days per **Occurrence** stated in SECTION 1 of this endorsement, beginning with the later of the **Scheduled Date of Completion** or the **Anticipated Date of Completion.** |

Copyright © 2016 Berkshire Hathaway Specialty Insurance Company – All Rights Reserved.

**ENDORSEMENT BH-4**

| | |
|---|---|
| This endorsement, effective 12:01 AM: | **December 22, 2001** |
| Forms a part of Policy No.: | **42-PBR-304657-01** |
| Issued to: | **1031 Canal Owner** |
| By: | **NATIONAL FIRE & MARINE INSURANCE COMPANY** |

# CIVIL AUTHORITY AND INGRESS / EGRESS ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

**BUILDERS RISK POLICY**

It is noted and agreed that this policy is hereby amended as follows:

The following Extensions of Coverage are added to the DELAY IN COMPLETION ENDORSEMENT:

1.  Civil Authority

    This policy is extended to insure against actual **Loss of Rental Income, Loss of Gross Earnings** and **Soft Costs/Additional Expenses** sustained during the **Period of Indemnity** as a result of a **Delay** in completion caused to the **Insured Project** by an action or order of a civil authority that prohibits access to the **Insured Project** site.  The action or order from civil authority must be in response to direct physical loss to property of a third party located within 2 miles of the **Insured Project** and be caused by a peril not otherwise excluded**.**

    This coverage will apply for a period of up to 30 consecutive days in excess of the **Waiting Period**, but in no event will the Company's liability for loss exceed its proportionate share of $1,000,000 in any one occurrence and the term aggregate. This amount is a sublimit of liability and is part of and not in addition to the Delay in Completion Sublimits of Insurance, Aggregate Limits of Insurance and Policy Limit.

2.   Ingress / Egress

This policy is extended to insure against actual **Loss of Rental Income, Loss of Gross Earnings** and **Soft Costs/Additional Expenses** sustained during the **Period of Indemnity** as a result of a **Delay** in completion caused to the **Insured Project** by an insured peril that prevents ingress to or egress from the **Insured Project** site.  This prevention of ingress or egress must result from direct physical loss to property of a third party, of a type not otherwise excluded, located within 2 miles of the **Insured Project**.

This coverage will apply for a period of up to 30 consecutive days in excess of the **Waiting Period**, but in no event will the Company's liability for loss exceed its proportionate share of $1,000,000 in any one occurrence and the term aggregate. This amount is a sublimit of liability and is part of and not in addition to the Delay in Completion Sublimits of Insurance, Aggregate Limits of Insurance and Policy Limit.

No liability shall exist unless the **Delay** exceeds the **Waiting Period** stated in the DELAY IN COMPLETION ENDORSEMENT and then liability shall be only for such part of each **Dela**y that is in excess of this period.

All other terms and conditions of the policy remain unchanged.



ENDORSEMENT BH-5

This endorsement, effective 12:01AM: **December 22, 2017**
Forms a part of Policy No.: **42-PBR-304657-01**
Issued to: **1031 Canal Development LLC**
By: **NATIONAL FIRE & MARINE INSURANCE COMPANY**

## NOTICE OF CHANGE ENDORSEMENT
### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**This endorsement modifies insurance provided under the following:**

**BUILDERS RISK POLICY**

The policy is hereby modified effective on the date listed above as follows:

1) **Common Policy Declarations** (BR-BH-COM-DEC-09/2017), **NAMED INSURED** is deleted and replaced with:

   **NAMED INSURED:**        1031 Canal Development LLC

2) **Supplemental Declarations** (BR-BH-SUP-DEC-09/2017), **Item 1.** Named Insured is deleted and replaced with:

   Named Insured:        1031 Canal Development LLC

All other terms and conditions of this policy remain unchanged.

_____
Donald Wurster, President



**ENDORSEMENT BH-6**

This endorsement, effective 12:01AM:    **December 22, 2017**
Forms a part of Policy No.:    **42-PBR-304657-01**
Issued to:    **1031 Canal Development LLC**
By:    **NATIONAL FIRE & MARINE INSURANCE COMPANY**

# NOTICE OF CHANGE ENDORSEMENT
## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**This endorsement modifies insurance provided under the following:**

**BUILDERS RISK POLICY**

The policy is hereby modified effective on the date listed above as follows:

**Supplemental Declarations** (BR-BH-SUP-DEC-09/2017), **Item 2a.**, is deleted in its entirety and replaced with:

**Item 2a.**    Additional Insureds:    Citadel Builders, LLC

To the extent required by any written contract or subcontract for the **Insured Project** and then only as their respective interests may appear, all owners, all contractors and subcontractors of every tier of the **Insured Project**, and any other individual or entity specified in such written contract or subcontract, are recognized as Additional Insureds hereunder. However as respects architects, engineers, manufacturers and suppliers of every tier, the foregoing is limited to their site activities at the **Insured Project** only.

As used in this policy, **Insured** means all Named Insureds listed in **Item 1.** above, and any Additional Insureds as provided in this **Item 2a.**

All other terms and conditions of this policy remain unchanged.

_Donald F. Wurster_
_____
Donald Wurster, President

**ENDORSEMENT BH-7**

This endorsement, effective 12:01AM:    **December 22, 2017**
Forms a part of Policy No.:    **42-PBR-304657-01**
Issued to:    **1031 Canal Development LLC**
By:    **NATIONAL FIRE & MARINE INSURANCE COMPANY**

## NOTICE OF CHANGE ENDORSEMENT
### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**This endorsement modifies insurance provided under the following:**

**BUILDERS RISK POLICY**

The policy is hereby modified effective on the date listed above as follows:

1)  **Supplemental Declarations** page (BR-BH-SUP-DEC-09/2017), **Item 5.**  Company Participation, is deleted in its entirety and replaced with:

**Item 5.**   Company Participation

$64,877,694 being 72.184% of the layer limit: $89,877,694 excess of Deductibles per **Occurrence**

The Company shall not be liable for more than its proportionate share of the layer limit shown above in any one **Occurrence**.  The Company's liability is further limited by its proportionate share of the Sublimits of Insurance and Aggregate Sublimits of Insurance set forth in **Items 6. B and C**. or endorsed hereon.

All other terms and conditions of this policy remain unchanged.

_Donald F. Wurster_

_____
Donald Wurster, President



**ENDORSEMENT BH-8**

This endorsement, effective 12:01AM:  **June 22, 2019**
Forms a part of Policy No.:  **42-PBR-304657-01**
Issued to:  **1031 Canal Development LLC**
By:  **NATIONAL FIRE & MARINE INSURANCE COMPANY**

## NOTICE OF CHANGE ENDORSEMENT
### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**This endorsement modifies insurance provided under the following:**

**BUILDERS RISK POLICY**

The policy is hereby modified effective on the date listed above as follows:

1) **Common Policy Declarations** page (BR-BH-COM-DEC-09/2017), the **POLICY PERIOD** is deleted in its entirety and replaced with:

   **POLICY PERIOD**:   From:   December 22, 2017        to        June 22, 2020

   Both days at 12:01 a.m. local standard time at the location of the **Insured Project**.

2) **Supplemental Declarations** page (BR-BH-SUP-DEC-09/2017), **Item 4. Policy Period**, paragraph **A.** is deleted in its entirety and replaced with:

   **A.**  Effective Date:        December 22, 2017
        Expiration Date:       June 22, 2020
        both at 12:01 A.M. standard time at the location of the **Insured Project**

3)  **ENDORSEMENT BH-3** (BR-BH-DEL-09/2017), DELAY IN COMPLETION ENDORSEMENT, SECTION 1:
    ADDITIONAL DECLARATIONS (DELAY IN COMPLETION ONLY), paragraph **1. Scheduled Date of Completion**
    is deleted in its entirety and replaced with:

    **1.   Scheduled Date of Completion:**       June 22, 2020

The premium associated with the foregoing policy modification is an Additional Premium of $192,371.

All other terms and conditions of this policy remain unchanged.

_____
Donald Wurster, President