

**Everest Indemnity Insurance Company**
477 Martinsville Road
P.O. Box 830
Liberty Corner, NJ  07938-0830
1-800-438-4375

| **FOLLOW FORM COMMERCIAL INLAND MARINE INSURANCE DECLARATIONS** |
|---|

1.  **Named Insured and Mailing Address**

    1031 Canal Owner, LLC.

    3525 N Causeway Blvd, Suite 1040
    Metairie Louisiana 70002

2.  **Policy Period**

    From:   12/22/2017          To:   06/15/2019
    At 12:01AM Standard Time at the Mailing Address Shown Above.

3.  **Policy Number**

    Attached to and forming part of Policy No.   42-PBR-304657-01   of the   Berkshire Hathaway Specialty Insurance

4.  **Interests and Property Covered**

    As per Lead Policy, except as otherwise provided herein.

5.  **Peril's Insured Against**

    Click here to enter text.(hereinafter the Company) covers direct physical loss or damage to the Insured's property, subject to the same exclusions, warranties, terms, definitions, limitations and conditions (except as respects premium and limit of liability of this Policy, and except as otherwise provided herein), as are contained in or as may be added or endorsed to the following Policy(ies), referred to as the "Lead Policy" as used throughout this Policy:

    | Insurer | Policy Number | Participation |
    |---|---|---|
    | Everest Indemnity Insurance | IM6CM00062-171 | 27.8% p/o 100% being $25,000,000 p/o $89,877,694 |

6.  **Location Address**

    As per the Lead Policy, except as otherwise provided herein.

7.  **Business Description**

    As per the Lead Policy, except as otherwise provided herein.

8.  **Limits of Insurance**

    A.  **Coverage**
        The Company's liability for any loss or damage under this policy is solely for the Company's percentage or quota share of the total applicable limits and sub-limits of insurance as listed on the declarations page of the Lead Policy. Further, the Company's liability is several and not joint, and in no event will the Company be

**EDEC 345 05 17**                                                                                                                          **Page 1 of 2**



liable for the percentage or quota share of any other insurer or organization participating on the same layer of coverage as this Policy.

### B. Limit of Insurance

The most the Company will pay for loss or damage resulting from any covered cause of loss in any one occurrence is $25,000,000 which is 27.8% of the total layer of Insurance listed on the declarations page of the Lead Policy.

### C. Sub-limits of Insurance

The Company shall pay no more than 27.8% of any sub-limits listed on the declarations page of the Lead Policy, subject to a maximum of 27.8%.

The Company's percentage or quota share of any sub-limits is part of, and not in addition to, the Company's percentage or quota share of the limit of insurance listed under **8.B. Limits of Insurance**.

## 9. Premium

REDACTED

## 10. Deductible

The Company will deduct 27.8% of the deductible amounts shown on the declarations page of the Lead Policy or any other schedule attached from the amount of any adjusted loss.

## 11. Loss Payable

As Lead Policy, except as otherwise provided herein.

## 12. Cancellation

As per Lead Policy, except as otherwise provided herein.

## 13. Warranty Clause

It is warranted by the first Named Insured that the Lead Policy shall be maintained in full force and effect during the Policy Period. In the event the first Named Insured elects to cancel the Lead Policy(ies), the Company shall be notified in writing before such cancellation becomes effective. Failure to do so will not invalidate this Policy but if the first Named Insured fails to comply with these requirements, the Company will be liable only to the same extent that the Company would have, had the first Named Insured fully complied with these requirements.

## 14. Substitution of Terms

The provisions contained in this Policy shall supersede those of the Lead Policy wherever the same may conflict. The coverage provided by this Policy will be no broader than the coverage provided by the Lead Policy.

## 15. Titles of Provisions and Endorsements

The several titles of the various provisions of this Policy as now or hereafter attached to this Policy, are inserted solely for convenience of reference and shall not be deemed in any way to limit or affect the provisions to which they relate.

## 16. Permission for Excess Insurance

Permission is hereby granted to purchase insurance in excess of the amount stated in this policy. Such excess insurance shall not be considered other insurance for the purposes of any other insurance clause in the Lead Policy.

IN WITNESS WHEREOF, WE HAVE CAUSED THIS POLICY TO BE EXECUTED AND ATTESTED. THIS POLICY SHALL NOT BE VALID UNLESS COUNTERSIGNED BY OUR DULY AUTHORIZED REPRESENTATIVE.

_____
**Authorized Representative**

This policy is signed by officers of the Company shown on the Declarations page of this policy.

For:    Everest Indemnity Insurance Company

_____          _____
President                                                        Secretary

EIL 00 502 03 07              © Everest Reinsurance Company, 1997



# Builders Risk Endorsement

| Named Insured: | 1031 Canal Owner, LLC |
|---|---|
| Policy Number: | IM6CM00062-171 |
| Effective Date: | 12/22/2017     At 12:01 a.m. local time at the Insured's mailing address. |

This endorsement attaches to and becomes part of the Builders Risk Policy, issued by Everest Indemnity Insurance Company as of the effective date stated above.

**COVERAGE UNDER THE POLICY IS CHANGED BY THIS ENDORSEMENT
PLEASE READ IT CAREFULLY**

## Florida Amendatory – Cancellation And Nonrenewal Endorsement

It is understood and agreed that Item 5. Cancellation of Section IV. Policy General Conditions is deleted and replaced with the following:

5. Cancellation:

   a. The first Named Insured may cancel this **Policy** by providing the **Company** with electronic or physical written notice stating the date when cancellation shall be effective.  The date of cancellation shall become the end of the Period of Insurance.

   b. The **Company** may cancel this **Policy** by delivering or mailing written notice to the first Named Insured at the address shown on the declarations. The **Company's** notice will state the specific reason(s) for cancellation. Proof of delivery or mailing is sufficient proof of notice.

   c. If this **Policy** has been in effect for 90 days or less, the **Company** may cancel for any reason.

      i. However:

         (1) The **Company** may cancel this **Policy** based on property insurance claims that are the result of an act of God only if the **Company** can show, by claims frequency or otherwise, that the Insured has failed to take action reasonably necessary as requested by the **Company** to prevent further damage to the Insured's property.

         (2) The **Company** may cancel this **Policy** based solely on a single property insurance claim that is the result of water damage only if the **Company** can demonstrate that the Insured has failed to take action reasonably requested by the **Company** to prevent a future similar occurrence of damage to the **Insured Property**.

      ii. If the **Company** cancels for nonpayment of premium, the **Company** will give the first Named Insured notice at least 10 days before the cancellation is to be effective.

      iii. Except as provided in Paragraph iv. below, if the **Company** cancels for any reason other than nonpayment of premium, the **Company** will give the first Named Insured notice at least 20 days before the cancellation is to be effective.

         However, the **Company** may cancel immediately if there has been:

         (1) A material misstatement or misrepresentation; or

         (2) A failure to comply with the underwriting requirements that the **Company** has established.

      iv. If this **Policy** is issued to cover a residential structure that has been damaged by a hurricane or windstorm that is the subject of:

         (1) A declaration of emergency issued by the Governor; and

         (2) An order filed by the Commissioner of Insurance Regulation;



# Builders Risk Endorsement

> The **Company** may not cancel this **Policy** until at least 90 days after the residential structure has been repaired. Such property will be deemed repaired when the work is substantially completed such that the structure is insurable by another authorized insurer writing policies in Florida.
>
> However, the **Company** may cancel this **Policy** prior to the completion of repairs as follows:
>
> (1) Upon 10 days' notice for nonpayment of premium; or
>
> (2) Upon 45 days' notice if:
>
> > (a) There has been a material misstatement or fraud related to the claim;
> >
> > (b) The **Company** has determined that the Insured has unreasonably caused a delay in the repair of the residential structure; or
> >
> > (c) The **Company** has paid the **Policy** limits applicable to the covered structure.

d. If this **Policy** has been in effect for more than 90 days, the **Company** may cancel based only on one or more of the following reasons:

  i. A failure to pay premium when due;

  ii. A material misstatement;

  iii. A failure to comply, within 90 days after the date of effectuation of coverage, with underwriting requirements established by the **Company** before the date of effectuation of coverage;

  iv. A substantial change in the risk covered;

  v. The cancellation is for all Insureds for a given class of Insureds;

  vi. Property insurance claims that are the result of an act of God, but only if the **Company** can show, by claims frequency or otherwise, that the Insured has failed to take action reasonably necessary as requested by the **Company** to prevent further damage to **Insured Property**; or

  vii. One or more property insurance claims that are the result of water damage, but only if the **Company** can demonstrate that the Insured has failed to take action reasonably requested by the **Company** to prevent a future similar occurrence of damage to **Insured Property**.

  Notwithstanding Paragraphs i. through vii. above, the **Company** may not cancel based on any reason prohibited by law. If this **Policy** is issued to cover a residential structure or its contents, this includes but is not limited to credit information available in public records.

e. If this **Policy** has been in effect for more than 90 days and:

  i. The **Company** cancels for nonpayment of premium, the **Company** will give the first Named Insured notice at least 10 days before the cancellation is to be effective;

  ii. Except as provided in Paragraphs iii. and f. below, the **Company** cancels for one or more of the reasons provided in Paragraphs d.ii. through d.vii. above, the **Company** will give the first Named Insured notice at least 45 days before the cancellation is to be effective; or

  iii. This **Policy** is issued to cover a residential structure or its contents, if the **Company** cancels for any reason other than nonpayment of premium, the **Company** will give the first Named Insured notice at least 120 days before the cancellation is to be effective.

f. If this **Policy** has been in effect for more than 90 days and is issued to cover a residential structure that has been damaged by a hurricane or windstorm that is the subject of:

  i. A declaration of emergency issued by the Governor; and

  ii. An order filed by the Commissioner of Insurance Regulation;



# Builders Risk Endorsement

The **Company** may not cancel this **Policy** until at least 90 days after the residential structure has been repaired. Such property will be deemed repaired when the work is substantially completed such that the structure is insurable by another authorized insurer writing policies in Florida.

However, the **Company** may cancel this **Policy** prior to the completion of repairs as follows:

    i.   Upon 10 days' notice for nonpayment of premium; or

    ii.  Upon 45 days' notice if:

        (1)  There has been a material misstatement or fraud related to the claim;

        (2)  The **Company** has determined that the Insured has unreasonably caused a delay in the repair of the residential structure; or

        (3)  The **Company** has paid the **Policy** limits applicable to the covered structure.

g.  If this **Policy** is:

    i.   Issued to cover a residential structure or its contents; and

    ii.  The **Company** cancels for nonpayment of premium which results from failure of the mortgagee to pay the premium when due;

The **Company** will reinstate the **Policy** retroactive to the date of cancellation if the premium is received not more than 90 days after the due date. By Florida law, the mortgagee is required to reimburse the first Named Insured for any penalty or fee imposed by the **Company** and paid by the first Named Insured for reinstating the **Policy**.

h.  Notwithstanding Paragraphs c. through g. above, if this **Policy** is issued to cover a residential structure or its contents, the **Company** may cancel by giving the first Named Insured notice at least 45 days before cancellation is effective if the Florida Office of Insurance Regulation finds that the cancellation of some or all of the **Company's** policies covering residential structures or their contents is necessary to protect the best interests of the public or policyholders due to:

    i.   The **Company's** financial condition;

    ii.  The lack of adequate reinsurance coverage for hurricane risk; or

    iii. Other relevant factors;

and the Florida Office of Insurance Regulation approves the **Company's** plan for early cancellation of some or all of the **Company's** policies.

i.  If the first Named Insured or the **Company** cancels this **Policy**, the first Named Insured's return premium, if any, will be refunded within 15 business days after the effective date of cancellation unless the final **Policy** premium is determined by audit. If the final **Policy** premium is determined by audit, an audit will be performed and premium refunded within 90 days from the date of cancellation. If an audit cannot be completed within that time, the **Company** will accept audit information that the first Named Insured provides and refund any return premium within 10 business days after the **Company** receives the necessary audit information from the first Named Insured. If the **Company** is unable to obtain audit information due to the first Named Insured's lack of cooperation, the deposit premium will be considered fully earned. In all cases, if the return premium is $5.00 or less, the **Company** will not provide a refund unless the first Named Insured expressly request it. Payment or tender of unearned premium is not a condition of cancellation.



# Builders Risk Endorsement

The following conditions are added to Section IV. Policy General Conditions:

Nonrenewal:

a. If the **Company** does not renew this **Policy**, the **Company** will give the first Named Insured notice at the address shown on the declarations. The **Company's** notice will state the specific reason(s) for nonrenewal. Proof of delivery or mailing is sufficient proof of notice.

b. The **Company** may nonrenew this **Policy** for any reason.

   However:

   i. The **Company** may nonrenew this **Policy** based on property insurance claims that are the result of an act of God only if the **Company** can show, by claims frequency or otherwise, that the Insured has failed to take action reasonably necessary as requested by the **Company** to prevent further damage to **Insured Property**.

   ii. The **Company** may nonrenew this **Policy** based solely on a single property insurance claim that is the result of water damage only if the **Company** can demonstrate that the Insured has failed to take action reasonably requested by the **Company** to prevent a future similar occurrence of damage to **Insured Property**.

   iii. The **Company** may nonrenew this **Policy** based on the filing of claims for sinkhole loss only if:

   (1) The total of such claim payments equals or exceeds the **Policy** limits of coverage for the **Policy** in effect on the date of loss, for property damage to the covered building(s), as set forth on the declarations; or

   (2) The Insured has failed to repair the structure in accordance with the engineering recommendations made pursuant to Florida law upon which any payment or **Policy** proceeds were based.

   iv. The **Company** may not nonrenew for any reason prohibited by law. If this **Policy** is issued to cover a residential structure or its contents, this includes but is not limited to credit information available in public records.

c. Except as provided in Paragraphs d. and e. below, if the **Company** does not renew this **Policy**, the **Company** will give the first Named Insured notice at least 45 days before the nonrenewal is to be effective.

d. Except as provided in Paragraph e. below, if this **Policy** is issued to cover a residential structure or its contents, the **Company** will give the first Named Insured notice at least 120 days before the nonrenewal is to be effective.

   However, if the Florida Office of Insurance Regulation finds that the nonrenewal of some or all of the **Company's** policies covering residential structures or their contents is necessary to protect the best interests of the public or policyholders due to:

   i. The **Company's** financial condition;

   ii. The lack of adequate reinsurance coverage for hurricane risk; or

   iii. Other relevant factors;

   and the Florida Office of Insurance Regulation approves the **Company's** plan for early nonrenewal of some or all of the **Company's** policies, the **Company** will give the first Named Insured notice at least 45 days before the nonrenewal is to be effective.

e. If this **Policy** is issued to cover a residential structure that has been damaged by a hurricane or



# Builders Risk Endorsement

windstorm that is the subject of:

i. A declaration of emergency issued by the Governor; and

ii. An order filed by the Commissioner of Insurance Regulation;

The **Company** will give the first Named Insured notice at least 90 days before the nonrenewal is to be effective. The effective date of such nonrenewal will not be less than 90 days after the residential structure has been repaired. A damaged residential structure will be deemed repaired when the work is substantially completed such that the structure is insurable by another authorized insurer writing policies in Florida.

However, the **Company** may nonrenew this **Policy** prior to the completion of repairs as follows:

i. Upon 10 days' notice for nonpayment of premium; or

ii. Upon 45 days' notice if:

(1) There has been a material misstatement or fraud related to the claim;

(2) The **Company** has determined that the Insured has unreasonably caused a delay in the repair of the residential structure; or

(3) The **Company** has paid the **Policy** limits applicable to the covered structure.

Renewal:

If the **Company** decides to renew this **Policy**, the **Company** will give the first Named Insured written notice of the renewal premium at least 45 days prior to the renewal date.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED**



# Builders Risk Endorsement

| Named Insured: | 1031 Canal Owner, LLC |
| --- | --- |
| Policy Number: | IM6CM00062-171 |
| Effective Date: | 12/22/2017    At 12:01 a.m. local time at the Insured's mailing address. |

This endorsement attaches to and becomes part of the Builders Risk Policy, issued by Everest Indemnity Insurance Company as of the effective date stated above.

**COVERAGE UNDER THE POLICY IS CHANGED BY THIS ENDORSEMENT
PLEASE READ IT CAREFULLY**

### Florida Amendatory Endorsement

It is understood and agreed that:

A. Item 2. Action Against The **Company** of Section IV. Policy General Conditions is deleted and replaced with the following:

2. Action Against the **Company**:

   No legal action or proceeding may be brought against the **Company** for the recovery of any claim under this **Policy** unless commenced within five (5) years from the discovery by the Insured of the loss or damage which gives rise to the claim.

B. Item 8. Inspections of Section IV. Policy General Conditions is deleted and replaced with the following:

8. Inspections:

   The **Company** has the right, but is not obligated, to inspect the Insured's property and operations. This inspection may be made by the **Company** or may be made on the **Company's** behalf. An inspection or its resulting advice or report is not an agreement that the Insured's property or operations are:

   a. Safe;
   b. Healthful; or
   c. In compliance with laws, rules, or regulations.

   Inspections or reports are for the **Company's** benefit only.

C. Item 10. Loss Payable of Section IV. Policy General Conditions is amended to include the following:

   If the **Company** has agreed in writing to the settlement of a claim, the **Company** will pay for that loss within 20 days after such settlement is reached.

D. Item 13. Misrepresentation and Fraud of Section IV. Policy General Conditions is deleted and replaced with the following:

13. Misrepresentation and Fraud:

    This coverage may be voided if, before or after a loss:

    a. An Insured has willfully concealed or misrepresented:

       i. Any material fact or circumstance concerning this insurance; or
       ii. An Insured's interest herein if material.

| EIM 05 212 06 17 | Copyright, Everest Reinsurance Company, 2017 | Page 1 of 2 |
| --- | --- | --- |



# Builders Risk Endorsement

This means the **Company** would not have issued the **Policy** at the premium charged if the **Company** had known the facts the Insured concealed or misrepresented.

b. There has been fraud or false swearing by an Insured with respect to this insurance or the subject thereof.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED**

POLICY NUMBER: IM6CM00062-171                                                                                                       IL 09 53 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C)** applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| FL | BR- Inland Marine |
|  |  |
|  |  |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

D. **Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.